KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC B. HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Defendants. | Case No. 5:25-cv-2389<br><br>**SANDISK CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date Filed: March 7, 2026<br><br>Trial Date: TBD |

SANDISK CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND
CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 5:25-cv-2389

2884361

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15 of the United States District Court for the Northern District of California, Plaintiff Sandisk Corporation hereby files its corporate disclosure statement and certification of interested entities or persons.

Sandisk Corporation is a publicly traded company under the stock ticker SNDK. Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that Western Digital Corporation owns 10 percent or more of the stock of Sandisk Corporation. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: March 7, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ *Ajay S. Krishnan*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
ERIC B. HANSON
STEPHANIE J. GOLDBERG

Attorneys for Plaintiff SANDISK CORPORATION

1

SANDISK CORPORATION'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 5:25-cv-2389

2884361