KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>  Defendants. | Case No. 5:25-cv-02389-PCP<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Date Filed:  March 7, 2025<br><br>Trial Date:  Not yet set |

Plaintiff Sandisk Corporation ("Sandisk") and Defendants IPValue Management, Inc. ("IPValue") and Longitude Flash Memory Solutions Ltd. ("LFMS"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, counsel for Sandisk served upon counsel for Defendants on March 10, 2025 the following, via electronic mail: the Complaint, the Civil Cover Sheet, the Proposed Summons, the Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Sandisk's Federal Rule of Civil Procedure 7.1 Disclosure Statement and Civil Local Rule 3-15 Certification of Interested Entities or Persons, Sandisk's Notice of Pendency of Other Action or Proceeding, the Court's Notice of Assignment, and all relevant standing orders;

WHEREAS, IPValue and LFMS, by and through their undersigned counsel, agree to waive formal service as of March 10, 2025, in accordance with Federal Rule of Civil Procedure Rule 4, and as detailed in the waiver of service of summons forms filed herewith;

WHEREAS, IPValue and LFMS agree to waive all objections to the absence of a summons or of service;

WHEREAS, Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 6-1 permit the parties to stipulate to extend the time to respond to the complaint without approval of the Court;

WHEREAS, the parties have jointly agreed to extend Defendants IPValue and LFMS's deadline to respond to Sandisk's Complaint to June 9, 2025;

WHEREAS, this extension to respond does not alter the date of any event or any deadline already fixed by court order;

NOW, THEREFORE, it is hereby stipulated and agreed that:

IPValue and LFMS shall have until and including June 9, 2025, to file and serve its Answer or other response to Sandisk's Complaint.

//

//

//

//

//

Dated: April 8, 2025                          KEKER, VAN NEST & PETERS LLP

                                  By:   /s/ *Ajay S. Krishnan*
                                        AJAY S. KRISHNAN
                                        RYAN K. WONG
                                        ERIN E. MEYER
                                        STEPHANIE J. GOLDBERG
                                        ERIC HANSON

                                        Attorneys for Plaintiff SANDISK CORPORATION


Dated: April 8, 2025                          RUSS, AUGUST & KABAT

                                  By:   /s / *Neil A. Rubin*
                                        BRIAN D. LEDAHL
                                        NEIL A. RUBIN

                                        Attorneys for Defendants
                                        IPVALUE MANAGEMENT, INC. and
                                        LONGITUDE FLASH MEMORY SOLUTIONS
                                        LTD.


### ATTESTATION UNDER CIVIL LOCAL RULE 5-1

Pursuant to Local Rule 5-1(h)(3), I attest that concurrence in the filing of these documents has been obtained from Mr. Rubin.

Dated: April 8, 2025

                                  By:   /s/ *Ajay S. Krishnan*
                                        AJAY S. KRISHNAN