**RUSS AUGUST & KABAT**
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Defendants
*IPValue Management, Inc. and*
*Longitude Flash Memory Solutions*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>IPVALUE MANAGEMENT, INC. AND LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>　　Defendant. | Case No. 5:25-cv-02389-PCP<br><br>**DEFENDANTS' IPVALUE MANAGEMENT INC. AND LONGITUDE FLASH MEMORY SOLUTIONS LTD. DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1(A)]**<br><br>Judge: P. Casey Pitts<br><br>DEMAND FOR JURY TRIAL |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant states that no publicly held company owns 10% or more of IPValue Management Inc. or Longitude Flash Memory Solution, Ltd.'s stock.

DATED: May 23, 2025

Respectfully submitted,

**RUSS AUGUST & KABAT**

By: */s/ Brian D. Ledahl*
  Brian D. Ledahl
  Neil Rubin

*Attorneys for Defendants*
IPValue Management, Inc. and Longitude Flash Memory Solutions, Ltd.