**RUSS AUGUST & KABAT**
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Defendants
*IPValue Management, Inc. and*
*Longitude Flash Memory Solutions*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION | Case No. 5:25-cv-02389-PCP |
| Plaintiff, | |
| v. | **DEFENDANTS' IPVALUE MANAGEMENT INC. AND LONGITUDE FLASH MEMORY SOLUTIONS LTD. DISCLOSURE STATEMENT [FED. R. CIV. P. 7.1(A)]** |
| IPVALUE MANAGEMENT, INC. AND LONGITUDE FLASH MEMORY SOLUTIONS LTD., | |
| Defendant. | Judge: P. Casey Pitts |
| | DEMAND FOR JURY TRIAL |

RUSS, AUGUST & KABAT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Civil Local Rule 3-15, Defendants' IPValue Management, Inc. and Longitude Flash Memory Solutions, Ltd. discloses that Russ August & Kabat has a financial interest in this proceeding. Defendant IPValue Management, Inc. is a parent company of its subsidiary Longitude Flash Memory Solutions, Ltd. IPValue Management Group, LLC, Vector IPV (Lux) 1, S.a.r.l., Meridian IP Ireland Ltd. are also parent companies of Defendants and may be affected by the outcome of these proceedings. Otherwise, undersigned certifies that Plaintiff is unaware of any other persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

DATED: May 23, 2025                    Respectfully submitted,

                                       **RUSS AUGUST & KABAT**

                                       By: */s/ Brian D. Ledahl*
                                            Brian D. Ledahl
                                            Neil Rubin


                                       *Attorneys for Defendants*
                                       IPValue Management, Inc. and Longitude
                                       Flash Memory Solutions, Ltd.

RUSS, AUGUST & KABAT

1

CERTIFICATE OF INTERESTED ENTITIES