Brian Ledahl (CA SBN 186579)
bledahl@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

*Attorneys for Defendants IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>　　　　　Defendants. | Case No. 5:25-cv-02389-PCP<br><br>**DECLARATION OF BRIAN LEDAHL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS, TRANSFER, OR STAY UNDER THE FIRST-TO-FILE RULE**<br><br>Hon. P. Casey Pitts<br>Courtroom 8<br><br>Date: July 31, 2025<br>Time: 10:00 am |

I, Brian Ledahl, declare and state as follows:

1. I am a member of the State Bar of California and am a partner of Russ August & Kabat, counsel of record for Defendants IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. (collectively, "IPValue") in the above-captioned action. I submit this declaration in support of Defendants' Motion to Dismiss, Transfer, or Stay Under the First-to-File Rule. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the complaint filed in *IPValue Mgmt., Inc. and Longitude Flash Memory Sols. Ltd. v. Western Digital Corp. and Sandisk Corp.*, Case No. 8:25-cv-00119-MWF-DFM ("CDCal Action") in the Central District of California on January 22, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the first amended complaint filed in the CDCal Action on April 9, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the entity profile for Sandisk Corporation on the State of Delaware's Division of Corporations website, https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Sandisk press release entitled "Sandisk Celebrates Nasdaq Listing After Completing Separation from Western Digital," dated February 24, 2025, available at https://www.sandisk.com/company/newsroom/press-releases/2025/sandisk-celebrates-nasdaq-listing-after-completing-separation.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on May 29, 2025 at Lexington, Massachusetts.

/s/ *Brian Ledahl*
Brian Ledahl