UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION<br><br>　　Plaintiff,<br><br>　　v.<br><br>IPVALUE MANAGEMENT, INC. AND LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>　　Defendant. | Case No. 5:25-cv-02389-PCP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: P. Casey Pitts |

The Court, having reviewed Defendants' Motion to Continue Initial Case Management Conference, finds good cause and ORDERS that the initial CMC is continued to October 2, 2025 at 1:00 p.m.

The future deadlines in this case are as follows:

- Hearing on Defendants' Motion to Dismiss: July 31, 2025 at 10:00 a.m.
- Initial CMC: October 2, 2025 at 1:00 p.m.

**IT IS SO ORDERED.**

DATED: June \_\_\_\_\_, 2025

_____
Hon. P. Casey Pitts
United States District Judge