**RUSS AUGUST & KABAT**
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Defendants
*IPValue Management, Inc. and*
*Longitude Flash Memory Solutions*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>　　　　　　　　Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**JOINT CASE MANAGEMENT SCHEDULE**<br><br>Date Filed:  March 7, 2025<br><br>Trial Date:  N/A |

Pursuant to this Court's June 2, 2025 Order, Plaintiff Sandisk Corporation ("Sandisk") and Defendants IPValue Management, Inc. ("IPValue") and Longitude Flash Memory Solutions Ltd. ("LFMS") have met and conferred and hereby submit the following Joint Case Management Schedules outlining both Parties' respective positions and proposed schedules in advance of the Case Management Conference scheduled for June 5, 2025 at 1:30 p.m.

**Plaintiff's Position:**

Sandisk submits that this case should proceed under the standard deadlines set forth in this Court's Local Rules and Patent Local Rules and it has provided the Court with a schedule in accordance with those deadlines. Defendants provide no basis to depart from the standard deadlines, which were triggered by default months ago, when the Court issued its order scheduling the Initial Case Management Conference for June 5, 2025, back on March 10, 2025. Although Defendants argue that proceeding with patent disclosures prior to deciding its motion to dismiss would waste judicial resources, that claim wholly ignores the reality that both parties will need to undertake the work for these filings regardless of which forum the case ultimately proceeds in. Moreover, as Sandisk noted in the previously filed Joint Case Management Statement, its position is that the proper forum for this dispute is the Northern District, where the relevant evidence and witnesses are located and the majority of parties reside. There is no reason for further delay—and certainly not good cause—when Defendants have known for months about these deadlines.

**Defendants' Position:**

Defendants believe that disclosures of contentions and claim construction positions should proceed in the first-filed case and not be duplicated in this Court. Accordingly, Defendants ask that the Court not set any deadlines for infringement contentions or claim construction until after Defendants' motion to dismiss, stay, or transfer is decided.

In light of this Court's June 2, 2025 Order, Defendants propose the following schedule, which ensures that neither party wastes judicial resources or is unduly burdened by proceeding in duplicative matters before both this court and in the Central District of California. Thus, the schedule proposed by Defendants below set the deadlines in this case to begin after this Court's

hearing on Defendants' Motion to Dismiss, presently set for July 31, 2025.

**Plaintiff's and Defendants' Proposed Schedules**

| Event | Plaintiff's Proposed Deadline: | Defendants' Proposed Deadline: |
|---|---|---|
| Initial Disclosures | May 29, 2025 | May 29, 2025 |
| Initial Case Management Conference | June 5, 2025 | June 5, 2025 |
| Hearing on Defendants' Motion to Dismiss | July 31, 2025 | July 31, 2025 |
| Defendants' Response to Complaint | June 9, 2025 | August 11, 2025[1] |
| Disclosure of Asserted Claims and Infringement Contentions and Document Production Accompanying Disclosure | June 20, 2025 | August 20, 2025 |
| Claim Construction - ID terms | August 18, 2025 | September 18, 2025 |
| Claim Construction - Preliminary Construction | September 8, 2025 | October 8, 2025 |
| Claim Construction - Joint Chart and Prehearing Statement | October 3, 2025 | November 3, 2025 |
| Claim Construction - Opening Brief | November 17, 2025 | January 16, 2026 |
| Claim Construction - Responsive Brief | December 1, 2025 | January 30, 2026 |
| Claim Construction - Reply Brief | December 8, 2025 | February 6, 2026 |
| Markman Tutorial | January 14, 2026 | February 20, 2026 |
| Markman Hearing | January 21, 2026 at 10:00 a.m. | March 4, 2026 at 10:00 a.m. |
| PLR 3-7 - Advice of Counsel | TBD (30 days after claim construction ruling) | TBD (30 days after claim construction ruling) |
| Deadline to Amend Pleadings | January 23, 2026 | January 23, 2026 |
| Substantial Completion of Document Production | February 26, 2026 | March 26, 2026 |
| Close of Fact Discovery | April 9, 2026 | May 8, 2026 |
| Expert Opening Reports | May 14, 2026 | June 15, 2026 |
| Expert Rebuttal Reports | June 25, 2026 | July 27, 2026 |
| Close of Expert Discovery | July 16, 2026 | August 10, 2026 |
| Dispositive Motions/Daubert Motions | August 13, 2026 | August 17, 2026 |
| Dispositive Motions/Daubert | September 10, 2026 | September 10, 2026 |

[1] Defendants' Position: All entries from this point forward are only necessary if this matter proceeds in this court.

| | | |
|---|---|---|
| Oppositions | | |
| Dispositive Motions/Daubert Replies | September 24, 2026 | September 24, 2026 |
| Dispositive Motions/Daubert Hearing | October 15, 2026 at 10:00 a.m. | October 15, 2026 at 10:00 a.m. |
| Pre-trial Filings | January 25, 2027 | January 25, 2027 |
| Pre-trial Conference | February 8, 2027 | February 22, 2027 |
| Trial | February 22, 2027 | March 8, 2027 |

## TRIAL

Sandisk proposes that trial begin on February 22, 2027, and be set for five days.

Defendants propose that trial begin on March 8, 2027 and be set for five days.

Dated: June 4, 2025                                   KEKER, VAN NEST & PETERS LLP

By: /s/ *Erin Meyer*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
STEPHANIE J. GOLDBERG

Attorneys for Plaintiff SANDISK CORPORATION

Dated: June 4, 2025                                   RUSS, AUGUST & KABAT

By: /s/ *Brian D. Ledahl*
BRIAN D. LEDAHL
NEIL A. RUBIN

Attorneys for Defendants
IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.

JOINT CASE MANAGEMENT SCHEDULE
Case No. 5:25-CV-02389-PCP

2982334

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(h)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated: June 4, 2025

/s/ Brian D. Ledahl
Brian D. Ledahl