KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>  Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES**<br><br>Date Filed:  March 7, 2025<br><br>Trial Date:  N/A |

1    Plaintiff Sandisk Corporation ("Sandisk") and Defendants IPValue Management, Inc. and
2 Longitude Flash Memory Solutions Ltd. ("Defendants") (collectively, the "Parties"), by and
3 through their respective counsel, hereby stipulate as follows:
4    WHEREAS, Defendants filed a Motion to Dismiss, Transfer, or Stay, on May 29, 2025,
5 *see* ECF No. 25;
6    WHEREAS, Defendants noticed the hearing for the Motion to Dismiss, Transfer, or Stay,
7 for July 31, 2025, at 10:00 a.m.;
8    WHEREAS, in accordance with this Court's standing order, the Parties stipulate to
9 continue the briefing deadlines such that the deadline for Plaintiff's Opposition is July 10, 2025,
10 and the deadline for Defendants' Reply is July 17, 2025;
11    WHEREAS, the requested modification would not alter any other deadline in the case;
12    NOW, THEREFORE, it is hereby stipulated and agreed that:
13    The deadline for Plaintiff's Opposition to the Motion to Dismiss, Transfer, or Stay is July
14 10, 2025, and the deadline for Defendants' Reply is July 17, 2025.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1
STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY
DEADLINES
Case No. 5:25-CV-02389-PCP

2984582

| | | |
|---|---|---|
| Dated: June 9, 2025 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ *Erin E. Meyer* |
| | | AJAY S. KRISHNAN |
| | | RYAN K. WONG |
| | | ERIN E. MEYER |
| | | ERIC HANSON |
| | | STEPHANIE J. GOLDBERG |
| | | Attorneys for Plaintiff SANDISK CORPORATION |
| Dated: June 9, 2025 | | RUSS, AUGUST & KABAT |
| | By: | /s/ *Brian D. Ledahl* |
| | | BRIAN D. LEDAHL |
| | | NEIL A. RUBIN |
| | | MACKENZIE PALADINO |
| | | Attorneys for Defendants IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____       _____
HONORABLE P. CASEY PITTS
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES
Case No. 5:25-CV-02389-PCP

2984582

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated:  June 9, 2025

                                              */s/ Erin E. Meyer*
                                              Erin E. Meyer

3
STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES
Case No. 5:25-CV-02389-PCP

2984582