KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SANDISK CORPORATION, | Case No. 5:25-CV-02389-PCP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES** |
| v. | |
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD., | Date Filed: March 7, 2025 |
| | Trial Date: N/A |
| Defendants. | |

1  Plaintiff Sandisk Corporation ("Sandisk") and Defendants IPValue Management, Inc. and
2  Longitude Flash Memory Solutions Ltd. ("Defendants") (collectively, the "Parties"), by and
3  through their respective counsel, hereby stipulate as follows:
4  WHEREAS, Defendants filed a Motion to Dismiss, Transfer, or Stay, on May 29, 2025,
5  *see* ECF No. 25;
6  WHEREAS, Defendants noticed the hearing for the Motion to Dismiss, Transfer, or Stay,
7  for July 31, 2025, at 10:00 a.m.;
8  WHEREAS, in accordance with this Court's standing order, the Parties stipulate to
9  continue the briefing deadlines such that the deadline for Plaintiff's Opposition is July 10, 2025,
10 and the deadline for Defendants' Reply is July 17, 2025;
11 WHEREAS, the requested modification would not alter any other deadline in the case;
12 NOW, THEREFORE, it is hereby stipulated and agreed that:
13 The deadline for Plaintiff's Opposition to the Motion to Dismiss, Transfer, or Stay is July
14 10, 2025, and the deadline for Defendants' Reply is July 17, 2025.
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

| | |
|---|---|
| Dated: June 9, 2025 | KEKER, VAN NEST & PETERS LLP |
| | By: /s/ *Erin E. Meyer* |
| | AJAY S. KRISHNAN |
| | RYAN K. WONG |
| | ERIN E. MEYER |
| | ERIC HANSON |
| | STEPHANIE J. GOLDBERG |
| | |
| | Attorneys for Plaintiff SANDISK CORPORATION |
| Dated: June 9, 2025 | RUSS, AUGUST & KABAT |
| | By: /s/ *Brian D. Ledahl* |
| | BRIAN D. LEDAHL |
| | NEIL A. RUBIN |
| | MACKENZIE PALADINO |
| | |
| | Attorneys for Defendants IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 25, 2025

HONORABLE P. CASEY PITTS
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES
Case No. 5:25-CV-02389-PCP

2984582