KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>                    Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES**<br><br>Date Filed:  March 7, 2025<br><br>Trial Date:  N/A |

     Plaintiff Sandisk Corporation ("Sandisk") and Defendants IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

     WHEREAS, Defendants filed a Motion to Dismiss, Transfer, or Stay, on May 29, 2025, *see* ECF No. 25;

     WHEREAS, the Court reset the motion hearing for the Motion to Dismiss, Transfer, or Stay, from July 31, 2025, for September 18, 2025, at 10:00 a.m.;

     WHEREAS, in accordance with this Court's local rules and standing order, the Parties stipulate to continue the briefing deadlines such that the deadline for Plaintiff's Opposition is August 27, 2025, and the deadline for Defendants' Reply is September 4, 2025, so that the parties have time to incorporate any related case updates into their briefing;

     WHEREAS, the requested modification would not alter any other deadline in the case;

     NOW, THEREFORE, it is hereby stipulated and agreed that:

     The deadline for Plaintiff's Opposition to the Motion to Dismiss, Transfer, or Stay is August 27, 2025 and the deadline for Defendants' Reply is September 4, 2025.

//
//
//
//
//
//
//
//
//
//
//
//
//

1
STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES
Case No. 5:25-CV-02389-PCP

2999018

Dated: July 3, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ *Ryan K. Wong*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
STEPHANIE J. GOLDBERG

Attorneys for Plaintiff SANDISK CORPORATION

Dated: July 3, 2025

RUSS, AUGUST & KABAT

By: /s/ *Brian D. Ledahl*
BRIAN D. LEDAHL
NEIL A. RUBIN
MACKENZIE PALADINO

Attorneys for Defendants
IPVALUE MANAGEMENT, INC. and
LONGITUDE FLASH MEMORY SOLUTIONS LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                      HONORABLE P. CASEY PITTS
                                      United States District Judge

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES
Case No. 5:25-CV-02389-PCP

2999018

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated: July 3, 2025

                                                     */s/ Ryan K. Wong*
                                                   Ryan K. Wong

3
STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES
Case No. 5:25-CV-02389-PCP

2999018