KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>               Plaintiff,<br><br>     v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>               Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**JOINT NOTICE REGARDING PROPOSED CASE SCHEDULE AND STIPULATED ADR PROCESS**<br><br>Date Filed:  March 7, 2025<br><br>Trial Date:  N/A |

Pursuant to this Court's June 5, 2025 Order, Plaintiff Sandisk Corporation ("Sandisk") and Defendants IPValue Management, Inc. ("IPValue") and Longitude Flash Memory Solutions Ltd. ("LFMS") have met and conferred and hereby submit this Joint Notice regarding a proposed case schedule and a stipulated ADR Process:

## I. ADR PROCESS

The parties have agreed to proceed with private mediation and have agreed to mediate with Ms. Hesha Abrams of Hesha Abrams Mediation, LLC. As also identified in the proposed schedule below, the parties have agreed to conduct the mediation approximately one month after the parties' proposed date for the claim construction hearing.

## II. PROPOSED CASE SCHEDULE

The parties have reached agreement on all dates in the proposed case schedule through claim construction briefing. The parties, however, propose different dates for certain deadlines thereafter, including for completing discovery as well as for dispositive and Daubert motion briefing. Per the Court's guidance at the June 5, 2025 Case Management Conference, the parties have not provided proposed dates for the pretrial conference (and related filings) or trial, and have instead proposed a trial-setting conference date.

| Event | Sandisk Proposal | IPValue/LFMS Proposal |
|---|---|---|
| Disclosure of Asserted Claims and Infringement Contentions and Document Production Accompanying Disclosure | September 30, 2025 | |
| Invalidity Contentions and Document Production Accompanying Invalidity Contentions (if applicable) | November 14, 2025 | |
| Claim Construction - ID terms | December 5, 2025 | |
| Claim Construction - Preliminary Constructions | December 19, 2025 | |
| Damages Contentions (if applicable) | January 5, 2026 | |

1

JOINT NOTICE REGARDING PROPOSED CASE SCHEDULE AND STIPULATED ADR PROCESS
Case No. 5:25-CV-02389-PCP

2999595

| Event | Sandisk Proposal | IPValue/LFMS Proposal |
|---|---|---|
| Claim Construction - Joint Chart and Prehearing Statement | January 15, 2026 | |
| Responsive Damages Contentions (if applicable) | February 4, 2026 | |
| Claim Construction - Opening Brief | February 19, 2026 | |
| Deadline to Amend Pleadings | February 26, 2026 | |
| Claim Construction - Responsive Brief | March 5, 2026 | |
| Claim Construction - Reply Brief | March 12, 2025 | |
| Damages Contentions Meeting (if applicable) | March 19, 2025 | |
| Markman Tutorial | April 2, 2026 | March 19, 2026 |
| Markman Hearing | April 9, 2026 or at the Court's convenience | March 26, 2026 or at the Court's convenience |
| Deadline for the Parties to Participate in Private Mediation | May 7, 2026 (or, one month after the Markman Hearing, whichever is later) | |
| Substantial Completion of Document Production | May 7, 2026 | April 13, 2026 |
| PLR 3-7 - Advice of Counsel | 30 days after claim construction ruling | |
| Close of Fact Discovery | June 4, 2026 | |
| Expert Opening Reports | July 15, 2026 | June 26, 2026 |
| Expert Rebuttal Reports | August 26, 2026 | July 24, 2026 |
| Close of Expert Discovery | September 18, 2026 | August 14, 2026 |
| Dispositive & Daubert Motion Briefs | October 13, 2026 | September 4, 2026 |
| Dispositive & Daubert Opposition Briefs | November 19, 2026 | October 2, 2026 |
| Dispositive & Daubert Reply Briefs | December 10, 2026 | October 16, 2026 |

| Event | Sandisk Proposal | IPValue/LFMS Proposal |
|---|---|---|
| Dispositive Motions/Daubert Hearing | January 14, 2027 or at the Court's convenience | November 5, 2026 or at the Court's convenience |
| Trial-setting Conference | February 18, 2027 | December 8, 2026 |

Dated: July 3, 2026

KEKER, VAN NEST & PETERS LLP

By: /s/ *Ryan K. Wong*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
STEPHANIE J. GOLDBERG

Attorneys for Plaintiff SANDISK CORPORATION

Dated: July 3, 2026

RUSS, AUGUST & KABAT

By: /s/ *Brian D. Ledahl*
BRIAN D. LEDAHL
NEIL A. RUBIN
MACKENZIE PALADINO

Attorneys for Defendants
IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated: July 3, 2025

/s/ *Ryan K. Wong*
Ryan K. Wong