```
KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188
```

Attorneys for Plaintiff SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>                   Plaintiff,<br><br>   v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>                   Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES**<br><br>Date Filed:  March 7, 2025<br><br>Trial Date:  N/A |

1    Plaintiff Sandisk Corporation ("Sandisk") and Defendants IPValue Management, Inc. and
2 Longitude Flash Memory Solutions Ltd. ("Defendants") (collectively, the "Parties"), by and
3 through their respective counsel, hereby stipulate as follows:
4    WHEREAS, Defendants filed a Motion to Dismiss, Transfer, or Stay, on May 29, 2025,
5 *see* ECF No. 25;
6    WHEREAS, the Court reset the motion hearing for the Motion to Dismiss, Transfer, or
7 Stay, from July 31, 2025, for September 18, 2025, at 10:00 a.m.;
8    WHEREAS, in accordance with this Court's local rules and standing order, the Parties
9 stipulate to continue the briefing deadlines such that the deadline for Plaintiff's Opposition is
10 August 27, 2025, and the deadline for Defendants' Reply is September 4, 2025, so that the parties
11 have time to incorporate any related case updates into their briefing;
12    WHEREAS, the requested modification would not alter any other deadline in the case;
13    NOW, THEREFORE, it is hereby stipulated and agreed that:
14    The deadline for Plaintiff's Opposition to the Motion to Dismiss, Transfer, or Stay is
15 August 27, 2025 and the deadline for Defendants' Reply is September 4, 2025.
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

Dated: July 3, 2025                                KEKER, VAN NEST & PETERS LLP

By:  /s/ *Ryan K. Wong*
   AJAY S. KRISHNAN
   RYAN K. WONG
   ERIN E. MEYER
   ERIC HANSON
   STEPHANIE J. GOLDBERG

   Attorneys for Plaintiff SANDISK
   CORPORATION

Dated: July 3, 2025                                RUSS, AUGUST & KABAT

By:  /s/ *Brian D. Ledahl*
   BRIAN D. LEDAHL
   NEIL A. RUBIN
   MACKENZIE PALADINO

   Attorneys for Defendants
   IPVALUE MANAGEMENT, INC. and
   LONGITUDE FLASH MEMORY
   SOLUTIONS LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 7, 2025                                _____
   HONORABLE P. CASEY PITTS
   United States District Judge

2
STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY
DEADLINES
Case No. 5:25-CV-02389-PCP

2999018

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated: July 3, 2025

                                                   */s/ Ryan K. Wong*
                                                 Ryan K. Wong

3
STIPULATION AND [PROPOSED] ORDER TO MODIFY MOTION TO DISMISS OPPOSITION AND REPLY DEADLINES
Case No. 5:25-CV-02389-PCP

2999018