KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>    Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS AND SETTING ANSWER DEADLINE**<br><br>Date Filed:  March 7, 2025<br><br>Judge:       Hon. P. Casey Pitts<br><br>Trial Date:  Not Set |

JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS AND SETTING ANSWER DEADLINE
Case No. 5:25-CV-02389-PCP

3002396

# JOINT STIPULATION

Plaintiff Sandisk Corporation ("Sandisk") and Defendants IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on May 29, 2025, Defendants filed a Motion to Dismiss, Transfer, or Stay Under the First-to-File Rule ("Motion to Dismiss"), ECF No. 25;

WHEREAS, on July 2, 2025, the United States District Court for the Central District of California in *IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. v. Western Digital Corporation and Sandisk Corporation*, Case No. 8:25-cv-00119-MWF (DFMx), granted a Motion to Stay filed by the defendants in that litigation, Western Digital Corporation and Sandisk Corporation, ECF No. 36 at Ex. A (the Order);

WHEREAS, the Order stayed the Central District of California litigation pending the resolution of this lawsuit in the Northern District of California;

WHEREAS, the Parties have met and conferred regarding the Order and have reached an agreement regarding the withdrawal of the Motion to Dismiss and a deadline for Defendants to file responsive pleadings to the Complaint;

NOW, THEREFORE, it is hereby stipulated and agreed that:

Defendants' Motion to Dismiss, docketed at ECF No. 25, is withdrawn, and the hearing date for the Motion to Dismiss (currently set for September 18, 2025, at 10:00 a.m.) should be taken off calendar. Defendants shall have until July 18, 2025, to file responsive pleadings to the Complaint.

//

//

//

//

//

//

//

1

JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS AND SETTING ANSWER DEADLINE
Case No. 5:25-CV-02389-PCP

3002396

Dated: July 10, 2025                                       KEKER, VAN NEST & PETERS LLP

By: *s/Ryan K. Wong*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
STEPHANIE J. GOLDBERG

Attorneys for Plaintiff SANDISK CORPORATION

Dated: July 10, 2025                                       RUSS, AUGUST & KABAT

By: *s/Neil A. Rubin*
BRIAN D LEDAHL
NEIL A. RUBIN
MACKENZIE PALADIONO

Attorneys for Defendants IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 10, 2025

*s/Ryan K. Wong*
RYAN K. WONG

**~~PROPOSED~~ ORDER**

PURSUANT TO THE PARTIES' STIPULATION, Defendants' Motion to Dismiss, Transfer, or Stay Under the First-to-File Rule, filed at ECF No. 25, is hereby withdrawn, and the September 18, 2025 hearing date for the Motion is vacated.

Defendants shall have until July 18, 2025, to file responsive pleadings to the Complaint.

IT IS SO ORDERED.

Dated: __July 11__, 2025

_____
HON. P. CASEY PITTS

1

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER WITHDRAWING MOTION TO DISMISS AND SETTING ANSWER DEADLINE
Case No. 5:25-CV-02389-PCP

3002396