| *Attorney or Party without Attorney:*<br>Brian D. Ledahl (SBN 186579)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>*Telephone No:* 310-826-7474 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney For:* Defendant | | *Ref. No. or File No.:*<br>SANDISK V IPVALUE | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* SANDISK CORPORATION,<br>*Defendant:* IPVALUE MANAGEMENT, INC., ET AL | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>5:25-cv-02389-PCP |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Defendants' Answer, Defenses, Counterclaims, And Crossclaims For Patent Infringement

3. *a. Party served:* Western Digital
   *b. Person served:* Lynanne Gares, Authorized to Accept for Corporation Services Company Agent for Service of Process

4. *Address where the party was served:* 251 Little Falls Drive, Wilmington, DE 19808

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jul 17 2025 (2) at: 12:25 PM

6. ***Person Who Served Papers:***
   a. Lisa Joyner
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111
   **d.** ***The Fee** for Service was:* $329.60

7. ***I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.***

7/17/25
*(Date)*

*(Signature)*