1  Brian Ledahl (CA SBN 186579)
   bledahl@raklaw.com
2  Neil A. Rubin (CA SBN 250761)
   nrubin@raklaw.com
3  RUSS AUGUST & KABAT
   12424 Wilshire Blvd. 12th Floor
4  Los Angeles, CA 90025
   Phone: (310) 826-7474
5

6  *Attorneys for Defendants and Counterclaim Plaintiffs
   IPValue Management, Inc. and Longitude Flash
7  Memory Solutions Ltd.*

8
                   **UNITED STATES DISTRICT COURT**
9
                   **NORTHERN DISTRICT OF CALIFORNIA**
10
                          **SAN JOSE DIVISION**
11

| | |
|---|---|
| SANDISK CORPORATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>IPVALUE MANAGEMENT, INC. and<br>LONGITUDE FLASH MEMORY<br>SOLUTIONS LTD.,<br><br>        Defendants.<br><br>IPVALUE MANAGEMENT, INC. and<br>LONGITUDE FLASH MEMORY<br>SOLUTIONS LTD.,<br><br>        Counterclaim Plaintiffs,<br><br>    v.<br><br>WESTERN DIGITAL CORPORATION and<br>SANDISK CORPORATION,<br><br>        Counterclaim Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**DECLARATION OF BRIAN LEDAHL IN SUPPORT OF COUNTERCLAIM PLAINTIFFS IPVALUE MANAGEMENT, INC. AND LONGITUDE FLASH MEMORY SOLUTIONS LTD.'S OPPOSITION TO COUNTERCLAIM DEFENDANTS WESTERN DIGITAL CORPORATION AND SANDISK CORPORATION'S MOTION TO DISMISS**<br><br>Hon. P. Casey Pitts<br>Courtroom 8<br><br>Date: September 11, 2205<br>Time: 10:00 am |

DECLARATION OF BRIAN LEDAHL
CASE NO. 5:25-CV-02389-PCP

1    I, Brian Ledahl, declare and state as follows:

2    1. I am a member of the State Bar of California and am a partner of Russ August & Kabat, counsel of record for Defendants IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. (collectively, "IPValue") in the above-captioned action. I submit this declaration in support of IPValue's Opposition to Counterclaim Defendants' Motion to Dismiss. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

3    2. Attached hereto as **Exhibit 1** is a true and correct copy of the slide deck titled "Writing a Good ISSCC Paper," available at

https://submissions.mirasmart.com/ISSCC2026/PDF/ISSCC_WritingGoodISSCCPaper.pdf.

4    3. Attached hereto as **Exhibit 2** is a true and correct copy of Western Digital's January 25, 2018 press release "Western Digital Announces Financial Results for Second Fiscal Quarter 2018," available at

https://www.westerndigital.com/company/newsroom/press-releases/2018/2018-01-25-western-digital-announces-financial-results-for-second-fiscal-quarter-2018.

5    4. Attached hereto as **Exhibit 3** is a true and correct copy of Western Digital's September 18, 2018 press release "Toshiba Memory and Western Digital Celebrate the Opening of Fab 6 and Memory R&D Center in Yokkaichi, Japan," available at

https://www.westerndigital.com/company/newsroom/press-releases/2018/2018-09-18-toshiba-memory-and-western-digital-celebrate-the-opening-of-fab6.

6    5. Attached hereto as **Exhibit 4** is a true and correct copy of the Tentative Order Regarding MRT's Motion for Attorney Fees issued by the Central District of California in *MR Technologies, GMBH v. Western Digital Technologies, Inc.*, SA CV 22-01599 JVS-DFM, which can be accessed at

https://web.archive.org/web/20250405201221/https://www.cacd.uscourts.gov/sites/default/files/documents/JVS/TR/MRT%20v.%20WD%20(22-1599)%20-%20Tentative%20Order%20re%20Fee%20Motion_public.pdf.

DECLARATION OF BRIAN LEDAHL
CASE NO. 5:25-CV-02389-PCP

1 | I declare under penalty of perjury pursuant to the laws of the United States that the foregoing
2 | is true and correct.
3 | Executed on August 20, 2025.

4
5 | /s/ *Brian Ledahl*
Brian Ledahl