# Exhibit 2

Free standard shipping on all eligible orders over $50. Details & Exclusions

Western Digital

Press Releases

# Western Digital Announces Financial Results for Second Fiscal Quarter 2018

San Jose, CA - January 25, 2018

*Achieves Record Quarterly Revenue of $5.3 Billion*

Western Digital Corp. (NASDAQ: WDC) today reported record revenue of $5.3 billion for its second fiscal quarter ended Dec. 29, 2017.  Operating income was $955 million with a net loss of $823 million, or ($2.78) per share. The GAAP net loss for the period includes a provisional net tax charge of $1.6 billion primarily due to the repatriation tax as a result of the Tax Cuts and Jobs Act. Excluding this charge and after other non-GAAP adjustments, the company achieved record non-GAAP operating income of $1.4 billion and non-GAAP net income of $1.2 billion, or $3.95 per share.

In the year-ago quarter, the company reported revenue of $4.9 billion, operating income of $545 million and net income of $235 million, or $0.80 per share. Non-GAAP operating income in the year-ago quarter was $995 million and non-GAAP net income was $675 million, or $2.30 per share.

The company generated approximately $1.2 billion in cash from operations during the second fiscal quarter of 2018, ending with $6.4 billion of total cash, cash equivalents and available-for-sale securities. On Nov. 1, 2017, the company declared a cash dividend of $0.50 per share of its common stock, which was paid to shareholders on Jan. 16, 2018.

"We continued our strong financial performance in the December quarter, with nine percent year-over-year revenue growth, driven by each of our major end market categories and solid execution by our team," said Steve Milligan, chief executive officer. "We once again generated strong operating cash flow, reflecting continued healthy demand in our end markets, most notably for our capacity enterprise hard drives and flash-based products.

"I am very pleased with our technology and product development execution. The deployment of our 64 layer 3D technology continued across our product portfolio and we will be ramping our 96 layer technology later this calendar year. We continue to lead the industry with our high capacity helium HDD platform in 10, 12 and 14 terabyte capacities and we remain on plan to sample our MAMR-based

capacity enterprise drives in the second half of calendar 2018. I am also pleased that we resolved our negotiations with our JV partner Toshiba in December and ensured our long term access to flash."

The investment community conference call to discuss these results, the company's guidance for the third fiscal quarter 2018 and an accompanying presentation will be webcast live over the Internet today at 2:30 p.m. Pacific/5:30 p.m. Eastern. The live and archived conference call/webcast can be accessed online at [investor.wdc.com](investor.wdc.com). Supplemental financial information, including the company's guidance for the third fiscal quarter and the earnings presentation will also be posted on the same website. The telephone replay number in the U.S. is 1(855) 859-2056 or +1(404) 537-3406 for international callers. The required passcode is 9563377.

**About Western Digital®**
Western Digital creates environments for data to thrive. The company is driving the innovation needed to help customers capture, preserve, access and transform an ever-increasing diversity of data. Everywhere data lives, from advanced data centers to mobile sensors to personal devices, our industry-leading solutions deliver the possibilities of data. Western Digital® data-centric solutions are marketed under the G-Technology™, HGST, SanDisk®, Tegile™, Upthere™ and WD® brands. Financial and investor information is available on the company's Investor Relations website at [investor.wdc.com](investor.wdc.com).

**Forward-Looking Statements**
This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, including statements concerning the company's preliminary financial results for its second fiscal quarter ended Dec. 29, 2017; technology and product development; market positioning; product portfolio; growth strategy; market demand for our products; and our long-term access to flash. These forward-looking statements are based on management's current expectations and are subject to risks and uncertainties that could cause actual results to differ materially from those expressed or implied in the forward-looking statements. The preliminary financial results for the company's second fiscal quarter ended Dec. 29, 2017 included in this press release represent the most current information available to management. The company's actual results when disclosed in its Form 10-Q may differ from these preliminary results as a result of the completion of the company's financial closing procedures; final adjustments; completion of the review by the company's independent registered accounting firm and other developments that may arise between now and the disclosure of the final results. Other risks and uncertainties that could cause actual results to differ materially from those expressed or implied in the forward-looking statements include: volatility in global economic conditions; uncertainties with respect to the company's business ventures with Toshiba; business conditions and growth in the storage ecosystem; impact of competitive products and pricing; market acceptance and cost of commodity materials and specialized product components; actions by competitors; unexpected advances in competing technologies; our development and introduction of products based on new technologies and expansion into new data storage markets; risks associated with acquisitions, mergers and joint ventures; difficulties or delays in manufacturing; impacts of new tax legislation; and other risks and uncertainties listed in the company's filings with the Securities and Exchange Commission (the "SEC"), including the company's Form 10-Q filed with the SEC on Nov. 7,

2017, to which your attention is directed. You should not place undue reliance on these forward-looking statements, which speak only as of the date hereof, and the company undertakes no obligation to update these forward-looking statements to reflect new information or events.

Financial Statements

Second Quarter Fiscal 2018 Quarterly Fact Sheets

Guidance Summary - January 25 2018

###

Western Digital, the Western Digital logo, G-Technology, HGST, SanDisk, Tegile, Upthere and WD are registered trademarks or trademarks of Western Digital Corporation or its affiliates in the US and/or other countries.

## Press Contacts

### Corporate Media Inquiries

WD.Mediainquiries@wdc.com

Privacy    Legal    Cookie Statement    About Ads    Trademarks    Terms of Sale    Product Compliance

Do Not Sell or Share My Personal Information    Cookie Preferences

© 2025 Western Digital Corporation or its affiliates. All rights reserved.