# Exhibit 3

Toshiba Memory and Western Digital Celebrate the Opening of Fab 6 and Memory R&D Center in Yokkaichi, Japan | Western Digital

Free standard shipping on all eligible orders over $50. Details & Exclusions

Western Digital

Press Releases

# Toshiba Memory and Western Digital Celebrate the Opening of Fab 6 and Memory R&D Center in Yokkaichi, Japan

Yokkaichi, Japan And San Jose, CA - September 18, 2018




Toshiba Memory Corporation and Western Digital Corporation (NASDAQ: WDC) today celebrated the opening of a new state-of-the-art semiconductor fabrication facility, Fab 6, and the Memory R&D Center, at Yokkaichi operations in Mie Prefecture, Japan.

Toshiba Memory started construction of Fab 6, a dedicated 3D flash memory fabrication facility, in February 2017. Toshiba Memory and Western Digital have installed cutting-edge manufacturing equipment for key production processes including deposition and etching. Mass production of 96-layer 3D flash memory utilizing the new fab began earlier this month.

Demand for 3D flash memory is growing for enterprise servers, data centers and smartphones, and is expected to continue to expand in the years ahead. Further investments to expand its production will be made in line with market trends.

The Memory R&D Center, located adjacent to Fab 6, began operations in March of this year, and will explore and promote advances in the development of 3D flash memory.

Toshiba Memory and Western Digital will continue to cultivate and extend their leadership in the memory business by actively developing initiatives aimed at strengthening competitiveness, advancing joint development of 3D flash memory, and making capital investments according to market trends.

Dr. Yasuo Naruke, President and CEO of Toshiba Memory said, "We are excited about opportunities to expand the market for our latest generation of 3D flash memory. Fab 6 and Memory R&D Center enable us to maintain our position as a leading player in the 3D flash memory market. We are confident that our joint venture with Western Digital will allow us to continue producing leading edge memories at Yokkaichi."

"We are pleased to be opening Fab 6 and the Memory R&D Center with our valued partner Toshiba Memory. For nearly two decades, the successful collaboration between our companies has fostered growth and innovation of NAND flash technology," said Steve Milligan, Chief Executive Officer, Western Digital. "We are ramping production of 96-layer 3D NAND to address the full range of end market opportunities from consumer and mobile applications to cloud data centers. Fab 6 is a cutting-edge facility that will enable us to further our technology and cost leadership position in the industry."

For images, [click here](#).

**About Toshiba Memory Corporation**

Toshiba Memory Corporation, a world leader in memory solutions, is dedicated to the development, production and sales of flash memory and SSDs. In April 2017, Toshiba Memory was spun off from Toshiba Corporation, the company that invented NAND flash memory in 1987. Toshiba Memory pioneer cutting-edge memory solutions and services that enrich people's lives and expand society's horizons. The company's innovative 3D flash memory technology, BiCS FLASH™, is shaping the future of storage in high density applications including advanced smartphones, PCs, SSDs, automotive and data centers. For more information on Toshiba Memory, please visit [https://business.toshiba-memory.com/en-apac/top.html](https://business.toshiba-memory.com/en-apac/top.html)

**About Western Digital**

Western Digital creates environments for data to thrive. The company is driving the innovation needed to help customers capture, preserve, access and transform an ever-increasing diversity of data. Everywhere data lives, from advanced data centers to mobile sensors to personal devices, our industry-leading solutions deliver the possibilities of data. Western Digital® data-centric solutions are marketed under the G-Technology™, HGST, SanDisk®, Tegile™, Upthere™ and WD® brands. Financial and investor information is available on the company's Investor Relations website at [investor.wdc.com](http://investor.wdc.com).

Western Digital, the Western Digital logo, G-Technology, SanDisk, Tegile, Upthere and WD are registered trademarks or trademarks of Western Digital Corporation or its affiliates in the U.S. and/or other countries. Other trademarks, registered trademarks, and/or service marks, indicated or otherwise, are the property of their respective owners.

**Forward-Looking Statements**

Case 5:25-cv-02389-RCB   Document 43-4   Filed 08/20/25   Page 4 of 4

Toshiba Memory and Western Digital Celebrate the Opening of Fab 6 and Memory R&D Center in Yokkaichi, Japan | Western Digital

This news release contains certain forward-looking statements, including statements regarding Fab 6 and the Memory R&D Center, the joint ventures between Toshiba Memory and Western Digital, the development and production of 3D flash memory technology and products, demand for 3D flash memory and positioning in the 3D flash memory market. There are a number of risks and uncertainties that may cause these forward-looking statements to be inaccurate including, among others: volatility in global economic conditions; business conditions and growth in the storage ecosystem; impact of competitive products and pricing; market acceptance and cost of commodity materials and specialized product components; actions by competitors; unexpected advances in competing technologies; development and introduction of products based on new technologies and expansion into new data storage markets; risks associated with acquisitions, mergers and joint ventures; difficulties or delays in manufacturing; and other risks and uncertainties listed in Western Digital's filings with the Securities and Exchange Commission (the "SEC"), including Western Digital's Form 10-K filed with the SEC on Aug. 24, 2018, to which your attention is directed. You should not place undue reliance on these forward-looking statements, which speak only as of the date hereof, and we undertake no obligation to update these forward-looking statements to reflect subsequent events or circumstances.

###

## Press Contacts

### Corporate Media Inquiries

[WD.Mediainquiries@wdc.com](mailto:WD.Mediainquiries@wdc.com)

Privacy     Legal     Cookie Statement     About Ads     Trademarks     Terms of Sale     Product Compliance

Do Not Sell or Share My Personal Information     Cookie Preferences

© 2025 Western Digital Corporation or its affiliates. All rights reserved.