1  KEKER, VAN NEST & PETERS LLP
   AJAY S. KRISHNAN - # 222476
2  akrishnan@keker.com
   RYAN K. WONG - # 267189
3  rwong@keker.com
   ERIN E. MEYER - # 274244
4  emeyer@keker.com
   ERIC HANSON - # 254570
5  ehanson@keker.com
   STEPHANIE J. GOLDBERG - # 328710
6  sgoldberg@keker.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
8  Facsimile:    415 397 7188

9  Attorneys for Plaintiff SANDISK CORPORATION
   and Counterclaim-Defendant WESTERN DIGITAL
10 CORPORATION

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 SANDISK CORPORATION,                        Case No. 5:25-CV-02389-PCP

14           Plaintiff,                        **DECLARATION OF RYAN WONG
                                               IN SUPPORT OF MOTION TO STAY
15       v.                                    DISCOVERY AND TO AMEND CASE
                                               SCHEDULE; AND FOR PROTECTIVE
16 IPVALUE MANAGEMENT, INC. and                ORDER**
   LONGITUDE FLASH MEMORY
17 SOLUTIONS, LTD.,                            Date Filed:  March 7, 2025

18           Defendants.                       Trial Date:  Not Set

19

20

21

22

23

24

25

26

27

28

1    I, Ryan Wong, declare:

2       1.    I am a partner at Keker, Van Nest and Peters LLP and an attorney of record for

3   Plaintiff and Counterclaim-Defendant Sandisk Corporation ("Sandisk") and Counterclaim-

4   Defendant Western Digital Corporation ("Western Digital") in the above-captioned matter.  I

5   have personal knowledge of the facts contained in this Declaration, or confirmed the facts based

6   on my review of records or discussions with persons having personal knowledge thereof, and if

7   called to testify, could and would competently testify thereto.  I make this declaration in support

8   of Sandisk and Western Digital's Motion to Stay Discovery and to Amend Case Schedule, and for

9   Protective Order.

10      2.    On May 15, 2025, counsel for the parties held a Rule 26(f) conference and met and

11  conferred, as required by the Federal Rules of Civil Procedures and this District's Standing Order

12  for All Judges and Civil Local Rules, regarding the joint case management statement and initial

13  case management conference.

14      3.    On May 29, 2025, Sandisk served two sets of discovery on each defendant—one

15  set of interrogatories and one set of document requests—all pertaining to Sandisk's declaratory

16  judgment claims of non-infringement.  When this discovery was served, Defendants IPValue

17  Management Inc. ("IPValue") and Longitude Flash Memory Solutions, Ltd. ("LFMS") had not

18  yet served their Counterclaims for infringement of the patents-in-suit.

19      4.    On June 22, 2025, IPValue and LFMS requested a 30-day extension of time to

20  respond to Sandisk's May 29, 2025, discovery.  Sandisk agreed to the extension.

21      5.    On July 30, 2025, IPValue and LFMS served objections to Sandisk's

22  interrogatories and declined to provide responses to the interrogatories.  IPValue and LFMS did

23  not serve any objections or responses to Sandisk's document requests, nor have they produced

24  any responsive documents.  In their objections to Sandisk's interrogatories, IPValue and LFMS

25  objected on the grounds that responding to discovery of the kind Sandisk served was "premature"

26  and "served before the parties have exchanged infringement contentions," and they stated that

27  they would respond "in accordance with the Case Management Schedule."

28

DECLARATION OF RYAN WONG IN SUPPORT OF MOTION TO STAY DISCOVERY AND TO AMEND
CASE SCHEDULE; AND FOR PROTECTIVE ORDER
Case No. 5:25-CV-02389-PCP

3038391

6.     On August 8, 2025, IPValue and LFMS served a Rule 30(b)(1) deposition notice for Yan Li, for a September 8, 2025, deposition.  Yan Li is the Vice President of Sandisk's Advanced Technology Group.  As confirmed by the IEEE website, in 2018, Dr. Li served as the associate chair for Session 20 of the IEEE's International Solid-State Circuits Conference (ISSCC).  *See,* https://ieeexplore.ieee.org/stamp/stamp.jsp?arnumber=8310320.  The conference paper on which IPValue and LFMS rely in their Counterclaim for the '505 patent was presented during this session of the ISSCC conference.  *See id.*  A true and correct copy of that conference paper is attached as **Exhibit 1**.

7.     On August 15, 2025, my colleague, Stephanie Goldberg, who is also counsel of record for Sandisk and Western Digital in this action, reached out to counsel for IPValue and LFMS to request a meet and confer regarding Dr. Li's deposition notice.  Ms. Goldberg followed up again on August 18, 2025, having not received a response.  On August 20, 2025, my colleague, Eric Hanson, who is also counsel of record for Sandisk and Western Digital in this action, sent correspondence to counsel for IPValue and LFMS that summarized the case law that supported Sandisk's position that Dr. Li's deposition should be postponed until after the pending motion to dismiss is resolved, and after infringement contentions are served.  The parties met and conferred regarding Dr. Li's deposition notice and relief sought by the instant motion (*e.g.*, postponement of Dr. Li's deposition and a stay of discovery) on August 21, 2025, via telephone.  I participated in that telephone call with my colleague, Mr. Hanson, and Mackenzie Paladino, Brian Ledahl, and Neil Rubin participated on behalf of IPValue and LFMS.  After a brief discussion, counsel for IPValue and LFMS indicated that they would not agree to stay discovery and postpone Dr. Li's deposition, and would oppose Sandisk's motion on the grounds that (1) discovery was open and (2) Sandisk had filed a declaratory judgment action.

//

//

//

//

//

DECLARATION OF RYAN WONG IN SUPPORT OF MOTION TO STAY DISCOVERY AND TO AMEND CASE SCHEDULE; AND FOR PROTECTIVE ORDER
Case No. 5:25-CV-02389-PCP

3038391

1          I declare under penalty of perjury under the laws of the State of California that the

2     foregoing is true and correct, and that this declaration was executed on August 28, 2025 in San

3     Francisco, California

4

5

6                                                  _____
                                                   RYAN K. WONG

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF RYAN WONG IN SUPPORT OF MOTION TO STAY DISCOVERY AND TO AMEND
CASE SCHEDULE; AND FOR PROTECTIVE ORDER
Case No. 5:25-CV-02389-PCP

3038391