# EXHIBIT 1

## 20.1  A 512Gb 3b/Cell 3D Flash Memory on a 96-Word-Line-Layer Technology

Hiroshi Maejima[1], Kazushige Kanda[1], Susumu Fujimura[1],
Teruo Takagiwa[1], Susumu Ozawa[1], Jumpei Sato[1], Yoshihiko Shindo[1],
Manabu Sato[1], Naoaki Kanagawa[1], Junji Musha[1], Satoshi Inoue[1],
Katsuaki Sakurai[1], Naohito Morozumi[1], Ryo Fukuda[1], Yuui Shimizu[1],
Toshifumi Hashimoto[1], Xu Li[1], Yuuki Shimizu[1], Kenichi Abe[1],
Tadashi Yasufuku[1], Takatoshi Minamoto[1], Hiroshi Yoshihara[1],
Takahiro Yamashita[1], Kazuhiko Satou[2], Takahiro Sugimoto[1],
Fumihiro Kono[1], Mitsuhiro Abe[1], Tomoharu Hashiguchi[1],
Masatsugu Kojima[1], Yasuhiro Suematsu[2], Takahiro Shimizu[1],
Akihiro Imamoto[1], Naoki Kobayashi[1], Makoto Miakashi[1],
Kouichirou Yamaguchi[1], Sanad Bushnaq[1], Hicham Haibi[1],
Masatsugu Ogawa[1], Yusuke Ochi[1], Kenro Kubota[2], Taichi Wakui[2],
Dong He[1], Weihan Wang[1], Hiroe Minagawa[1], Tomoko Nishiuchi[1],
Hao Nguyen[3], Kwang-Ho Kim[3], Ken Cheah[3], Yee Koh[3], Feng Lu[3],
Venky Ramachandra[3], Srinivas Rajendra[3], Steve Choi[3], Keyur Payak[3],
Namas Raghunathan[3], Spiros Georgakis[3], Hiroshi Sugawara[3],
Seungpil Lee[3], Takuya Futatsuyama[1], Koji Hosono[1],
Noboru Shibata[1], Toshiki Hisada[1], Tetsuya Kaneko[1], Hiroshi Nakamura[1]

[1]Toshiba Memory, Yokohama, Japan
[2]Toshiba Memory Systems, Yokohama, Japan; [3]SanDisk, Milpitas, CA

The first multi-layer stacked 3D Flash memory was proposed as BiCS FLASH in 2007 [1]. Since then, memory bit density has grown rapidly due to the increase in the number of stacked layers from continuous 3D technology innovations. On the other hand, the multi-level-cell technology, which was initially proposed for 2D Flash, has also been adopted to 3D Flash memories. The first 3b/cell 32-layer Flash was presented in 2015 [2], followed by a 48-layer one in 2016 [3], and a 64-layer one in 2017 [4,5]. This paper describes a 512Gb 3b/cell 3D Flash memory in a 96-word-line-layer BiCS FLASH technology. This work implements three key technologies to improve performance: (1) a string based start bias control scheme achieves a 7% shorter program time; (2) a smart $V_t$-tracking read improves read retry performance by minimizing the tracking time and supporting a program suspend read function, and; (3) a low-pre-charge sense-amplifier bus scheme reduces both the power consumption and the data-transfer time between the sense amplifier (SA) and the data cache by half. Figure 20.1.1 shows the die micrograph and the summary of the key features of the chip.

In 2D NAND Flash the cell-to-cell interference is large, that is each single cell is subjected to at least two incremental step-up program pulse (ISPP) sequences during the programming of multi-level data to the cell. A start bias control scheme was proposed to improve the programming throughput [6], where the optimal start programming voltage ($V_{PGM}$) is measured during the prior ISPP sequence (LSB page programming) and is applied to the subsequent ISPP sequence (MSB page programming). On the other hand, due to the small cell-to-cell interference, the full-sequence (FS) programming method is commonly used for 3D Flash memory, where all of the states are programmed directly from the erased state by one ISPP sequence [2] as shown in Fig. 20.1.2. As such, an adequate $V_{PGM}$ for each program sequence cannot be acquired, as a result there is no room to shorten the programming time. This work introduces a string-based start-bias control (SSBC) scheme to improve program performance. As shown in Fig. 20.1.2, each block consists of four strings. The optimal $V_{PGM}$ level is measured during the first string program sequence and is applied to the remaining cells in other strings of the same block. This results in saving a number of program loops for the second-to-last cells. The program speed for 3D Flash has a strong dependency on the WL layers as the memory-hole size gradually varies from layer to layer. The SSBC scheme is suitable for 3D Flash structures as the program speed for cells on common WL layers is almost the same. The measured $V_{th}$ distribution and $t_{PROG}$ for all WL layers are shown in Fig. 20.1.3, the SSBC $V_{th}$ distribution is practically the same as that without SSBC. However, the program throughput is improved by 7% on average, because $t_{PROG}$ is reduced by 9% for the second to fourth strings.

A key design challenge in recent years is enhancing the retry read performance of a 3D Flash memory. The valley tracking read [5] minimizes the BER by adaptively finding the optimal read voltage. We propose a smart $V_{th}$ tracking read (SVTR) to improve the retry read performance by reducing the number of tracking cycles, and to support a program-suspend read function. Figure 20.1.4 shows the SVTR waveform for a middle-page read. The read operation consists of two parts; (1) a $V_t$ tracking read (VTR), where the selected WL level moves from the MP1-state to the MP2-state, and then to the MP3-state. The optimal read voltage is to be tracked for each state. The number of stages related to each state is parameterizable and the WL voltage step has enough resolution to guarantee the accuracy of VTR. A bit count operation is executed in parallel with VTR, and the bit whose $V_t$ is distributed between the read voltage of the $N^{th}$ stage read and (N+1)$^{th}$ stage read is counted concurrently with the (N+2)$^{th}$ stage read operation. VTR is used with a shielded-bitline current-sense (SBL) scheme [4], because SBL suppresses BL coupling noise thereby realizing a shorter read time [4]. The number of S/A latches in use is reduced by half in comparison with a conventional all bitline current sense (ABL) scheme. (2) A calibrating read (CALR), in which the optimal read voltage that is determined from the bit count result of the VTR is applied. A CALR is executed with ABL to readout all of the data. These two parts are sequentially executed by one command. To improve read performance a high-state option is implemented to minimize the sequence of the 1st part (VTR). This option works based on the fact that the $V_t$ shift of each cell due to data retention is correlated with its level. Moreover, the $V_t$ shift of lower states can be determined from the measured $V_t$ shifts of higher states. In this option, an optimal read voltage of the lower state CALR is calculated using the high-state VTR result and the $V_t$ shift correlation formula. The coefficient of that formula are stored in the registers of the chip in advance. VTR is carried out only on the highest state. For a middle-page read, the CALR level for the 3 states are determined from MP3-state VTR result, thus tracking time is reduced 1/3. To further improve read performance, the program suspend read function with SVTR is realized by utilizing SA latches, which are not occupied by the stored programming data as explained in Fig. 20.1.5. The wait time for an interrupting read is successfully reduced to 50μs by suspending an ongoing program; without suspend it can take up to 1.85ms to initiate SVTR. Figure 20.1.5 also shows the program-suspend read sequence and data assign events for the SA data latches. When a read command is issued during program, (1) the program sequence is suspended. (2) a part of the data stored in the even-page latches is temporarily moved to the odd-page ones to make space for VTR. (3) VTR is executed for even 8kB page data by SBL. (4) the data temporarily moved to the odd-page latches is restored back to the even-page latches, and (5) CALR is run for 16kB page data with ABL. After reading out the data, the programming sequence is resumed.

The presented memory has 16kB SA groups per plane. Each SA group consists of a sense amplifier and multiple sense-amplifier data latches (SADLs). These SADLs are connected to the cache data latches (XDLs) and are placed next to the SA groups by bus lines named DBUS. The total parasitic capacitance of the DBUS is large and so the peak current will be large if all DBUS' are pre-charged simultaneously before transferring the data. In prior work, the data transfer from XDL to SADL via DBUS is divided into 16 cycles to disperse the peak current at the cost of throughput. There is an innate tradeoff between reducing the data transfer time and suppressing the peak current. A low pre-charge SA bus scheme (LPSAB) is proposed to eliminate this tradeoff, where the pre-charge level of DBUS is suppressed without any SA area overhead. Figure 20.1.6 shows a data transfer from SADL to XDL with LPSAB. (1) DBUS is pre-charged to 1V by clamping the gate of the pre-charger (DPC), while conventionally DBUS is pre-charged to $V_{DD}$ (2.2V). (2) $V_{TG}$ which is 0.5V lower than $V_{PC}$ is applied to the gate of the transistor connecting DBUS and SADL. DBUS will be discharged to $V_{SS}$ if SADL has stored-0. For a stored-1, DBUS will stay at 1V. (3) the $V_{TG}$ level is also applied to the transfer gate of XDL, and data is transferred to XDL. The $V_{PC}$ generator contains a replica transistor to compensate for PVT variation. LPSAB reduces the power consumed by the bus operation by 50%. As the data transfer is not as partitioned as in the former scheme, the data throughput is doubled.

*Acknowledgements:*
The authors thank H. Mukai, H. Saito, H. Maekawa, M. Kajimoto, K. Ino, S. Yoshikawa and the entire Design, Layout, CAD, Device, Evaluation, Test, and Process teams.

References:
[1] H. Tanaka, et al., "Bit Cost Scalable Technology with Punch and Plug Process for Ultra High Density Flash Memory," *IEEE Symp. VLSI Tech.*, pp. 14-15, 2007.
[2] J. W. Im, et al., "A 128Gb 3b/cell V-NAND flash memory with 1Gb/s I/O rate," *ISSCC*, pp. 130-131, 2015.
[3] D. Kang, et al., "256Gb 3b/Cell V-NAND Flash Memory with 48 Stacked WL layers," *ISSCC*, pp. 130-131, 2016.
[4] R. Yamashita, et al., "A 512Gb 3b/Cell Flash Memory on 64-Word-Line-Layer BiCS Technology," *ISSCC*, pp. 196-197, 2017.
[5] C. Kim, et al., "A 512Gb 3b/cell 64-Stacked WL 3D V-NAND Flash Memory," *ISSCC*, pp. 202-203, 2017.
[6] S. Lee, et al., "A 128Gb 2b/cell NAND Flash Memory in 14nm Technology with tPROG=640us and 800MB/s I/O Rate," *ISSCC*, pp. 138-139, 2016.



Figure 20.1.1: Die micrograph and key features.

Figure 20.1.2: String-based start-bias control scheme (SSBC).

Figure 20.1.3: SSBC measurement results.

Figure 20.1.4: Smart $V_t$ tracking read (SVTR) and high-state option.

Figure 20.1.5: Program-suspend smart $V_t$-tracking read.

Figure 20.1.6: Low pre-charge sense amplifier bus scheme (LPSAB).