UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IPVALUE MANAGEMENT, INC., et al.,<br><br>Defendants. | Case No.  25-cv-02389-PCP<br><br>**CASE MANAGEMENT ORDER** |

Based on the Joint Notice regarding a proposed case schedule, the following schedule is set for this case:

**Deadlines**

| | |
|---|---|
| • Disclosure of Asserted Claims and Infringement Contentions, except as to U.S. Patent. No. 6,963,505, and Document Production Accompanying Disclosure | September 30, 2025 |
| • Disclosure of Asserted Claims and Infringement Contentions as to U.S. Patent. No. 6,963,505, and Document Production Accompanying Disclosure | To be ordered by the Court |
| • Invalidity Contentions and Document Production Accompanying Invalidity Contentions (if applicable) | November 14, 2025 |
| • Claim Construction - ID terms | December 5, 2025 |
| • Claim Construction - Preliminary Constructions | December 19, 2025 |
| • Damages Contentions (if applicable) | January 5, 2026 |
| • Claim Construction - Joint Chart and Prehearing Statement | January 15, 2026 |
| • Responsive Damages Contentions (if applicable) | February 4, 2026 |

| | |
|---|---|
| • Claim Construction - Opening Brief | February 19, 2026 |
| • Deadline to Amend Pleadings | February 26, 2026 |
| • Claim Construction - Responsive Brief | March 5, 2026 |
| • Claim Construction - Reply Brief | March 12, 2025 |
| • Damages Contentions Meeting (if applicable) | March 19, 2025 |
| • Markman Tutorial | March 31, 2026 |
| • Markman Hearing | April 7, 2026 |
| • Deadline for the Parties to Participate in Private Mediation | May 7, 2026 |
| • Substantial Completion of Document Production | May 7, 2026 |
| • PLR 3-7 - Advice of Counsel | 30 days after claim construction ruling |
| • Close of Fact Discovery | June 4, 2026 |
| • Expert Opening Reports | July 15, 2026 |
| • Expert Rebuttal Reports | August 26, 2026 |
| • Close of Expert Discovery | September 18, 2026 |
| • Filing of Dispositive/*Daubert* Motion(s) | October 13, 2026 |
| • Trial Setting Conference | February 16, 2027 |

*Standing Order.* The parties shall comply with the Court's Standing Order for Civil Cases, available at cand.uscourts.gov/judges/pitts-p-casey-pcp or from the Clerk of the Court.

*Amending Pleadings.* Federal Rule of Civil Procedure 15 requires the Court to "freely give leave" to amend "when justice so requires." The Court expects parties not to unreasonably withhold consent to another party's proposed amendments. If the parties cannot stipulate to an amendment, any motion to amend shall be submitted by the deadline for amending the pleadings.

*Discovery.* The parties shall comply with the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure. Any disputes with respect to discovery or disclosure are referred to the assigned Magistrate Judge. Discovery motions must be filed no more than seven days after the applicable discovery cutoff. *See* Civil L.R. 37-3.

*Summary Judgment.* If the parties file cross-motions for summary judgment, four briefs will be allowed: (1) a 25-page opening brief by plaintiff(s); (2) a 25-page opening/opposition brief

by defendant(s); (3) a 20-page opposition/reply brief by plaintiff(s); and (4) a 15-page reply brief by defendant(s). The parties may agree to reverse the order (defense files first) without a court order. Before the first brief is filed, the parties must stipulate to a briefing schedule with the final brief filed at least 21 days before the hearing. Joint statements of undisputed facts are not required but are helpful if fully agreed upon. Separate statements of undisputed facts may not be filed.

*Modification.* This schedule may be modified only by Court order for good cause. The parties may request modification by stipulation or by filing an administrative motion pursuant to Civil Local Rule 7-11. Requests to modify a deadline must be made before that deadline.

**IT IS SO ORDERED.**

Dated: September 2, 2025

P. Casey Pitts
United States District Judge

3