1  Brian Ledahl (CA SBN 186579)
   bledahl@raklaw.com
2  Neil A. Rubin (CA SBN 250761)
   nrubin@raklaw.com
3  RUSS AUGUST & KABAT
   12424 Wilshire Blvd. 12th Floor
4  Los Angeles, CA 90025
   Phone: (310) 826-7474
5

6  *Attorneys for Defendants and Counterclaim Plaintiffs*
   *IPValue Management, Inc. and Longitude Flash*
7  *Memory Solutions Ltd.*

8
                **UNITED STATES DISTRICT COURT**
9
                **NORTHERN DISTRICT OF CALIFORNIA**
10
                        **SAN JOSE DIVISION**
11

12 | SANDISK CORPORATION,                              | Case No. 5:25-CV-02389-PCP
13 |                                                   |
14 |         Plaintiffs,                               | **DECLARATION OF BRIAN LEDAHL IN SUPPORT OF DEFENDANTS / COUNTERCLAIM PLAINTIFFS' OPPOSITION TO MOTION TO STAY DISCOVERY AND AMEND CASE SCHEDULE, AND MOTION FOR PROTECTIVE ORDER**
15 |    v.                                             |
16 | IPVALUE MANAGEMENT, INC. and                      |
17 | LONGITUDE FLASH MEMORY SOLUTIONS LTD.,            |
18 |                                                   |
19 |         Defendants.                               | **Hearing:**
20 |                                                   | Hon. P. Casey Pitts
21 | IPVALUE MANAGEMENT, INC. and                      | Courtroom 8
   | LONGITUDE FLASH MEMORY SOLUTIONS LTD.,            | October 2, 2205
22 |                                                   | 10:00 am
23 |         Counterclaim Plaintiffs,                  |
24 |    v.                                             |
25 | WESTERN DIGITAL CORPORATION and SANDISK CORPORATION, |
26 |                                                   |
27 |         Counterclaim Defendants.                  |

28

DECLARATION OF BRIAN LEDAHL
Case No. 5:25-CV-02389-PCP

I, Brian Ledahl, declare and state as follows:

1. I am a member of the State Bar of California and am a partner of Russ August & Kabat, counsel of record for Defendants IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. (collectively, "IPValue") in the above-captioned action. I submit this declaration in support of IPValue's Opposition to Counterclaim Defendants' Motion to Stay Discovery and for Protective Order. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the LinkedIn profile of Yan Li, available at https://www.linkedin.com/in/yan-li-b1133339/.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the article titled "Flash Memory Summit Announces the SuperWomen in Flash Leadership Award Winner, Dr Yan Li, Vice President, Western Digital Corporation," available at https://www.prnewswire.com/news-releases/flash-memory-summit-announces-the-superwomen-in-flash-leadership-award-winner-dr-yan-li-vice-president-western-digital-corporation-301595444.html.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the article about Yan Li available at https://blog.westerndigital.com/design-engineering-yan-li-from-rebel-to-innovator/.

5. The links to the articles provided at Exhibits 2 and 3 are provided in Yan Li's LinkedIn profile at Exhibit 1.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on September 9, 2025.

/s/ *Brian Ledahl*
Brian Ledahl

DECLARATION OF BRIAN LEDAHL
Case No. 5:25-CV-02389-PCP

1