# Exhibit 1

## Contact

www.linkedin.com/in/yan-li-b1133339 (LinkedIn)

## Top Skills

Semiconductor Industry
Verilog
Engineering

## Honors-Awards

Best paper award for 2008 ISSCC paper

## Patents

Multibit programming method in a non-volatile memory allowing a number of data state--fails and data recovery method in case of programming fail

Non-volatile system with program time control

Programming memory with sensing based bit line compensation to reduce channel to floating gate coupling

Pipelined programming of non-volatile memories using early data

# Yan Li

VP of Engineering at Sandisk
Milpitas, California, United States

## Summary

Expert in NAND flash memory Management
* NAND Flash memory performance enhancement adaptive algorithm
* NAND flash memory endurance and reliability
* Advanced memory system solutions
* NAND defect screen and stress
* Data protection
* Block management
* Special NAND design features to enhance system performance and endurance

Quoted by
http://www.techspot.com/news/47553-sandisk-19nm-128gb-flash-memory-chip-is-worlds-smallest.html

Internet Links about me
https://blog.westerndigital.com/design-engineering-yan-li-from-rebel-to-innovator/ https://www.prnewswire.com/news-releases/flash-memory-summit-announces-the-superwomen-in-flash-leadership-award-winner-dr-yan-li-vice-president-western-digital-corporation-301595444.html
https://www.linkedin.com/posts/western-digital_the-future-of-flash-requires-constant-innovation-activity-6770073529401569280-wqD-

Dr Yan Li's whole patent portfolio summary can be found at https://idiyas.com/inventor/yan-li

---

## Experience

Sandisk
27 years 9 months

VP of Advanced Technology Group
February 2025 - Present (8 months)

Senior Director of Memory Strategy
July 2014 - Present (11 years 3 months)
Milpitas, CA

Interface with Internal and external customer

Provide customized trim to customers for NAND component

Provide special trim to trade off enduranace, performance, or power.

Determine the die porfolia on each NAND generations to provide best cost, and best overall products

Engage in new technology development

Senior Directer of Flash Memory Design
January 1998 - Present (27 years 9 months)
Milpitas, CA

* Delivered a technical talk in 2012 Flasg Summit

* Presented 19nm D3 128Gb in 2012 ISSCC

* Presented 56nm D3 in 2008 ISSCC

* SanDisk Patent of the year in 2006

* Worked on 130nm --the first All Bitline Architecture NAND chip

* Lead the design for 90nm 56nm 19nm 1Znm design team

* Published 150 patents and have 30 unpublished patents

FA engineer
January 1998 - June 2000 (2 years 6 months)

Electrical probing analog ciruits

EFA, PFA

FIB, SEM

Western Digital
27 years 9 months

VP of Engineering in Advanced Technology
January 1998 - Present (27 years 9 months)
Milpitas, California

Taking a new position in leading NAND technology, no longer doing circuit design

3D NAND Technology Roadmap, advanced architecture and process integration, CMOS scaling

3D NAND QLC design

ML committee member at ISSCC 2019

organization and team building

Organize innovation events

### Senior Fellow Memory Architecture
June 2017 - Present (8 years 4 months)
951 SanDisk Drive, Milpitas, CA 95035

### Senior Director Memory Architecture
November 2015 - June 2017 (1 year 8 months)
Milpitas, CA

Look at the memory architecture for the future 3D NAND memory development:  Performance, power, Block size, IO speed.  Interface with future memory controller development to bring the best performance out of SSD.  Become ISSCC (International Solid State Circuit Conference) memory sub-committee member in 2017

---

## Education

**Lehigh University**
Doctor of Philosophy (Ph.D.), Material Science and Engineering · (1988 - 1994)

**Engineering Leadership**

**University of Science and Technology of China**