# Exhibit 2

# Flash Memory Summit Announces the SuperWomen in Flash Leadership Award Winner, Dr Yan Li, Vice President, Western Digital Corporation



NEWS PROVIDED BY
**Flash Memory Summit →**
Jul 28, 2022, 13:07 ET

*4th Annual Award Recognizes Women Leaders*

SANTA CLARA, Calif., July 28, 2022 /PRNewswire/ -- **Flash Memory Summit** (FMS) announces the 4th annual SuperWomen in Flash Leadership Award winner, Dr. Yan Li, Vice President, Memory Technology at Western Digital.

The SuperWomen in Flash Leadership Award recognizes women who have shown outstanding leadership in the growth, development, and use of flash and related technologies and systems. Dr. Li's years of work and leadership are illustrated by over 200 patents and includes the development of the first triple-layer cell (TLC) in 2008. Today she leads Western Digital's efforts in the next generation BiCS NAND.

"To me, NAND Flash is the most amazing technology in the world, and I am so proud to be recognized for helping to advance both Flash and opportunities for women in this industry that I love so much," said Dr. Yan Li, Vice President, Memory Technology, Western Digital. "I'm thankful to the mentors who have invested in me over my career, and I am committed to helping develop the next generation of Flash engineers. As we look ahead to the next 35 years of Flash, the possibilities for innovation are endless for those who foster diversity and challenge conventional thinking."

Chuck Sobey, Chairperson for the Flash Memory Summit said, "This award is critically important to the entire staff of FMS. We know recognition and highlighting the experiences and success of women will build more leadership in our industry."

Dr. Yan Li will be recognized at the main session of FMS at 11:00 am on Wednesday, August 3rd, 2022. This will be followed by the SuperWomen in Flash Peer Exchange event from 4 – 6:15 PM held at the Santa Clara Hyatt Regency and sponsored by Intel, Western Digital and Evaluator Group. For more information, visit  **https://www.evaluatorgroup.com/superwomen-in-flash-2022/**

**SuperWomen in Flash**

SuperWomen in Flash celebrates the success of women in the flash memory industry and encourages more young women to join this dynamic market. The steadily growing organization is supported by a broad group of women and vendors.

"We are thrilled to honor Dr. Yan Li, this year's recipient.  And thankful for the support of the community and the venue to gather. Our digital economy is driven by the data technologies these women (and men) develop and devise ways to protect. We need more of these great thinkers to address the issues of growth, scale and security of our data." said Camberley Bates, Managing Director of Evaluator Group and founding chair of SuperWomen.

Past recipients of the FMS SuperWomen Leadership Award

- Amber Huffman, Intel Fellow and Chairperson of the Board of Directors of the NVMe Working Group
- Calline Sanchez, IBM Vice President WW Systems Services & Technical Universities
- Barbara Nelson, VP Cloud, WekaIO
- Deepti Reddy, 'Rising Star' recipient, Dell Technologies

Link to Register for the SuperWomen in Flash Event: **https://www.evaluatorgroup.com/superwomen-in-flash-2022/**

**About Evaluator Group**

Evaluator Group helps IT professionals and vendors create and implement strategies that optimize their IT infrastructure and digital information. Evaluator Group services deliver in-depth, unbiased analysis of storage architectures, infrastructures, and management. In business for over 20 years, the Group has provided services for thousands of end users and vendor professionals through product and market evaluations, competitive analysis and education. **www.evaluatorgroup.com**; follow us on Twitter @evaluator_group

**About Flash Memory Summit**

Flash Memory Summit, produced by Conference ConCepts, showcases mainstream applications, key technologies, leading vendors, and innovative startups driving the multi-billion-dollar high-speed memory and SSD markets. FMS is now the world's largest event featuring trends, innovations, and influencers driving adoption of flash memory and other high-speed memory technologies within

demanding enterprise storage applications, high-performance computing, mobile, and embedded systems.

Press Contact

Michelle Suzuki

310-444-7115

**https://www.flashmemorysummit.com**

SOURCE Flash Memory Summit

**WANT YOUR COMPANY'S NEWS FEATURED ON PRNEWSWIRE.COM?**

**440k+**
**Newsrooms &**
**Influencers**

**9k+**
**Digital Media**
**Outlets**

**270k+**
**Journalists**
**Opted In**

**GET STARTED**