Brian Ledahl (CA SBN 186579)
bledahl@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

*Attorneys for Defendants and Counterclaim Plaintiffs IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>    Defendants.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and SANDISK CORPORATION,<br><br>    Counterclaim Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**COUNTERCLAIM PLAINTIFFS' OPPOSED ADMINISTRATIVE MOTION TO EXPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS' MOTION TO STAY DISCOVERY AND AMEND CASE SCHEDULE, AND MOTION FOR PROTECTIVE ORDER** |

ADMINISTRATIVE MOTION TO EXDPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS'
MOTION TO STAY DISCOVERY AND FOR PROTECTIVE ORDER
No. 5:25-CV-02389-PCP

Counterclaim Plaintiffs ("IPValue") hereby move to expedite resolution of Counterclaim Defendants' ("Sandisk/WD") pending motion to stay discovery, including the noticed deposition of senior Sandisk employee Yan Li, and for protective order (Dkt. 46). The motion hearing is currently set for October 2, 2025. Given Sandisk/WD's unjustified delay in filing the motion in an attempt to manipulate the judicial process to obtain the very relief they seek (delaying Dr. Li's deposition until at least after September 30), IPValue respectfully requests that the Court decide the motion right away, without a reply brief and hearing.

I. BACKGROUND

On March 7, 2025, Sandisk filed this declaratory judgment action seeking a declaration of non-infringement of five patents that generally relate to computer flash memory and storage. IPValue answered the DJ claims and filed patent infringement counterclaims against Sandisk and Western Digital on the five asserted patents. On August 6, 2025, Sandisk/WD filed a motion to dismiss only the '505 patent infringement counterclaim. Dkt. 40.

Discovery in this case has been open since May 2025. Accordingly, IPValue properly noticed a Rule 30(b)(1) deposition of Yan Li, Vice President of Sandisk's Advanced Technology Group, for September 8, 2025. Dr. Li has worked at Sandisk for over 27 years and is in charge of the flash memory products that are at issue in this case. *See* Dkt. No. 51. Dr. Li is likely to have material knowledge regarding the accused products that is relevant to both Sandisk's DJ claims and IPValue's counterclaims as to all five asserted patents—not just the '505 patent.

II. REASONS SUPPORTING THE MOTION

IPValue served Dr. Li's deposition notice on August 6, 2025. Sandisk/WD then waited until August 28—more than 3 weeks after the notice was served and just *five court days* before the deposition—to file a motion to stay discovery and for a protective order. Dkt. 46. Their motion requests, *inter alia*, an order staying all technical discovery and delaying Dr. Li's deposition "until infringement contentions that comply with Patent Local Rule 3-1 have been served." *Id.* at 1.

Sandisk/WD noticed the motion hearing for October 2, which conveniently falls right *after* the date that IPValue's infringement contentions are due (September 30). Dkt. 48. Their delay in

ADMINISTRATIVE MOTION TO EXDPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS'
MOTION TO STAY DISCOVERY AND FOR PROTECTIVE ORDER
No. 5:25-CV-02389-PCP

1

filing the motion to stay and for protective order appears to be a calculated attempt to use the judicial process to obtain the very relief they seek, i.e., staying all technical discovery at least until after IPValue serves infringement contentions on September 30. But as set forth in detail in IPValue's opposition to the motion, there is no basis for staying technical discovery in this case. Fact discovery has been open for several months, and Sandisk/WD's request to delay her deposition is expressly prohibited by Patent L.R. 2-5. Dr. Li has relevant, material knowledge regarding Sandisk's DJ claims, and IPValue is entitled to take discovery to defend against those claims and support its counterclaims. There is no need for Sandisk to "prepare" the witness on IPValue's forthcoming infringement contentions because as a fact witness, Dr. Li need only testify truthfully about Sandisk's products.

Sandisk/WD should not be permitted to manipulate the judicial process to obtain unjustified relief from the rules of this Court, which make clear that Sandisk/WD's refusal to provide this discovery is without merit. IPValue believes the underlying motion can be addressed without the need for a reply or a hearing, and requests that the Court consider it promptly to avoid Sandisk/WD's attempts at self-help.

## III. CONCLUSION

For the foregoing reasons, IPValue respectfully requests that the Court expedite resolution of Sandisk/WD's pending motion to stay discovery and for protective order (Dkt. 46) by foregoing the reply brief and motion hearing and deciding the motion as soon as practicable.

Dated: September 9, 2025            Respectfully submitted,

/s/ *Neil Rubin*
Brian Ledahl (CA SBN 186579)
bledahl@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

ADMINISTRATIVE MOTION TO EXDPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS'
MOTION TO STAY DISCOVERY AND FOR PROTECTIVE ORDER
No. 5:25-CV-02389-PCP

|   |   |
|---|---|
| 1 | |
| 2 | ***Attorneys for Plaintiffs IPValue Management, Inc. and Longitude Flash Memory Solutions, LLC*** |

ADMINISTRATIVE MOTION TO EXDPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS'
MOTION TO STAY DISCOVERY AND FOR PROTECTIVE ORDER
No. 5:25-CV-02389-PCP

**DECLARATION OF NEIL RUBIN
IN SUPPORT OF ADMINISTRATIVE MOTION**

I, Neil Rubin, declare and state as follows:

1. I am a member of the State Bar of California and am a partner of Russ August & Kabat, counsel of record for Counterclaim Plaintiffs IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. (collectively, "IPValue") in the above-captioned action.

2. On August 27, 2027, I sent an email to counsel for Counterclaim Defendants Sandisk Corporation and Western Digital Corporation ("Sandisk/WD") proposing the relief requested in this administrative motion, namely that the parties agree to accelerate the briefing on Sandisk/WD's motion to stay discovery, and that Sandisk/WD forego a reply brief and have the motion decided on the papers without a hearing. Counsel for Sandisk/WD stated that they would not agree.

3. Accordingly, IPValue was unable to obtain a stipulation under L.R. 7-11(a) and files this opposed motion for administrative relief.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed on September 9, 2025.

/s/ *Neil Rubin*
Neil Rubin

ADMINISTRATIVE MOTION TO EXDPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS' MOTION TO STAY DISCOVERY AND FOR PROTECTIVE ORDER
No. 5:25-CV-02389-PCP

1

## CERTIFICATE OF SERVICE

I certify that on September 9, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

/s/ *Neil Rubin*
Neil Rubin

ADMINISTRATIVE MOTION TO EXDPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS' MOTION TO STAY DISCOVERY AND FOR PROTECTIVE ORDER
No. 5:25-CV-02389-PCP

1