# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**[PROPOSED] ORDER GRANTING COUNTERCLAIM PLAINTIFFS' OPPOSED ADMINISTRATIVE MOTION TO EXPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS' MOTION TO STAY DISCOVERY AND AMEND CASE SCHEDULE, AND MOTION FOR PROTECTIVE ORDER** |
| IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>WESTERN DIGITAL CORPORATION and SANDISK CORPORATION,<br><br>Counterclaim Defendants. | |

PROPOSED ORDER
No. 5:25-CV-02389-PCP

1  Having considered Counterclaim Plaintiffs' Opposed Administrative Motion to Expedite Resolution of Counterclaim Defendants' Motion to Stay Discovery and Motion for Protective Order (Dkt. 46), this Court finds that there is good cause for the requested relief and **GRANTS** the Administrative Motion.

The October 2, 2025 hearing on Counterclaim Defendants' Motion to Stay Discovery is canceled, and Counterclaim Defendants shall not file a reply brief. The Court will expedite resolution of the discovery motion and decide the motion on the papers.

**IT IS SO ORDERED.**

DATED: _____        By:_____
                                            Hon. P. Casey Pitts
                                            United States District Judge

PROPOSED ORDER
No. 5:25-CV-02389-PCP

1