1

KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476

2

akrishnan@keker.com
RYAN K. WONG - # 267189

3

rwong@keker.com
ERIN E. MEYER - # 274244

4

emeyer@keker.com
ERIC B. HANSON - # 254570

5

ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710

6

sgoldberg@keker.com
633 Battery Street

7

San Francisco, CA 94111-1809
Telephone:     415 391 5400

8

Facsimile:     415 397 7188

9

Attorneys for Plaintiff SANDISK CORPORATION and
Counterclaim-Defendant WESTERN DIGITAL CORPORATION

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13

SANDISK CORPORATION,

Case No. 5:25-CV-02389-PCP

14

            Plaintiff,

**DECLARATION OF RYAN WONG
IN SUPPORT OF OPPOSITION TO
COUNTERCLAIM PLAINTIFFS'
ADMINISTRATIVE MOTION TO
EXPEDITE RESOLUTION OF
COUNTERCLAIM DEFENDANTS'
MOTION TO STAY DISCOVERY AND
AMEND CASE SCHEDULE, AND
MOTION FOR PROTECTIVE ORDER**

15

      v.

16

IPVALUE MANAGEMENT, INC. and
LONGITUDE FLASH MEMORY
SOLUTIONS, LTD.,

17

18

            Defendants.

Date Filed:  March 7, 2025

19

20

21

AND RELATED COUNTERCLAIM.

22

23

24

25

26

27

28

3103709

I, Ryan Wong, declare:

1.    I am an attorney licensed to practice law in the State of California, a partner at the law firm of Keker, Van Nest & Peters LLP, and counsel of record for Plaintiff and Counterclaim-Defendant SANDISK CORPORATION ("Sandisk") and Counterclaim-Defendant WESTERN DIGITAL CORPORATION ("Western Digital") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge, and I could and would testify competently to them under oath if called as a witness.

2.    On Friday, August 8, 2025, Defendants and Counterclaim-Plaintiffs IPValue Management, Inc. and Longitude Flash Memory Solutions, Ltd. (collectively, "IPValue") served a Rule 30(b)(1) deposition notice for Dr. Yan Li, Vice President of Sandisk's Advanced Technology Group, for a September 8, 2025 deposition.

3.    On August 15, 2025, my colleague, Stephanie Goldberg, who is also counsel of record for Sandisk and Western Digital in this action, reached out via email to counsel for IPValue to request a meet and confer regarding discovery and Dr. Li's deposition notice.

4.    Having received no response from IPValue, on August 19, 2025, Ms. Goldberg again reached out via email to counsel for IPValue to request a meet and confer regarding discovery and Dr. Li's deposition notice.

5.    On August 20, 2025, counsel for IPValue responded via email that they were available to meet and confer on either August 21, 2025 or August 22, 2025. The same day, my colleague, Eric Hanson, who is also counsel of record for Sandisk and Western Digital in this action, responded that counsel for Sandisk and Western Digital were available to meet and confer on August 21, 2025.

6.    Additionally, on August 20, 2025, Mr. Hanson provided IPValue's counsel with a list of legal authority, as well as relevant passages from each cited case, supporting the relief that is being sought by Counterclaim-Defendants in their pending Motion to Stay Discovery and to Amend Case Schedule; and for Protective Order (ECF No. 46).

DECLARATION OF RYAN WONG IN SUPPORT OF OPPOSITION TO COUNTERCLAIM PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS' MOTION TO STAY DISCOVERY AND AMEND CASE SCHEDULE, AND MOTION FOR PROTECTIVE ORDER
Case No. 5:25-CV-02389-PCP

3103709

7. I participated in the meet and confer (via teleconference) on August 21, 2025 with my colleague, Mr. Hanson. Attorneys Mackenzie Paladino, Brian Ledahl, and Neil Rubin participated in the conference on behalf of IPValue. After a brief discussion, counsel for IPValue indicated that (1) they would not agree to stay discovery pending resolution of the pending Motion to Dismiss (ECF No. 40) or pending service of IPValue's infringement contentions under Patent Local Rule 3-1; (2) they would not agree to postpone Dr. Li's deposition; and (3) they would oppose Sandisk's motion on the grounds that (a) discovery was open and (b) Sandisk had filed a declaratory judgment action seeking a declaration of patent non-infringement.

8. Following the meet and confer on August 21, 2025, Sandisk and Western Digital promptly drafted their Motion to Stay Discovery and to Amend Case Schedule; and for Protective Order (ECF No. 46). Sandisk and Western Digital filed this Motion on August 28, 2025, noticing a hearing for October 2, 2025. The October 2, 2025 date was determined based on Civil Local Rule 7-2, which requires hearings to be noticed "not less than 35 days after filing of the motion," and the Court's Scheduling Notes. *See* https://apps.cand.uscourts.gov/CEO/cfd.aspx?B410#Notes (instructing counsel that hearings for civil matters may be noticed without reserving in advance for Thursdays at 10 AM.).

9. Even if Sandisk and Western Digital filed their Motion on August 22, 2025, the day after meeting and conferring with IPValue, the same October 2, 2025 hearing date would have applied, given the local rules and the Court's Scheduling Notes. Moreover, if Sandisk and Western Digital had filed their motion on the same day as their meet and confer with IPValue, the same October 2, 2025 hearing date would apply because the Court is unavailable for hearings on September 25, 2025. *See* https://apps.cand.uscourts.gov/CEO/cfd.aspx?B410#Notes (providing a Certificate of Unavailablity for hearings during September 24-26, 2025).

////

////

////

////

DECLARATION OF RYAN WONG IN SUPPORT OF OPPOSITION TO COUNTERCLAIM PLAINTIFFS'
ADMINISTRATIVE MOTION TO EXPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS' MOTION
TO STAY DISCOVERY AND AMEND CASE SCHEDULE, AND MOTION FOR PROTECTIVE ORDER
Case No. 5:25-CV-02389-PCP

3103709

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Executed this 15th day of September, 2025, at San Francisco, California.  I declare under penalty of perjury that the foregoing is true and correct.

RYAN WONG

DECLARATION OF RYAN WONG IN SUPPORT OF OPPOSITION TO COUNTERCLAIM PLAINTIFFS'
ADMINISTRATIVE MOTION TO EXPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS' MOTION
TO STAY DISCOVERY AND AMEND CASE SCHEDULE, AND MOTION FOR PROTECTIVE ORDER
Case No. 5:25-CV-02389-PCP

3103709