KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC B. HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION and
Counterclaim-Defendant WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>   Plaintiff,<br><br>  v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:25-CV-02389-PCP<br><br>**[PROPOSED] ORDER DENYING COUNTERCLAIM PLAINTIFFS' ADMINISTRATIVE MOTION TO EXPEDITE RESOLUTION OF COUNTERCLAIM DEFENDANTS' MOTION TO STAY DISCOVERY AND AMEND CASE SCHEDULE, AND MOTION FOR PROTECTIVE ORDER**<br><br>Hon. P. Casey Pitts<br><br>Date Filed:  March 7, 2025 |

**[PROPOSED] ORDER**

The Court, having fully considered the papers and arguments presented by the parties, hereby **DENIES** Counterclaim Plaintiffs' request to vacate the Oct. 2, 2025 hearing as moot; and **DENIES** Counterclaim Plaintiffs' request to prevent Counterclaim Defendants Sandisk Corporation and Western Digital Corporation from filing a reply brief in connection with the pending Motion to Stay Discovery and to Amend Case Schedule; and for Protective Order. *See* ECF No. 46.

**IT IS SO ORDERED.**

Dated:

_____
Hon. P. Casey Pitts