KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC B. HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION and
Counterclaim-Defendant WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:25-CV-02389-PCP<br><br>**DECLARATION OF RYAN WONG IN SUPPORT OF REPLY IN SUPPORT OF COUNTERCLAIM-DEFENDANTS' MOTION TO STAY DISCOVERY AND AMEND CASE SCHEDULE, AND MOTION FOR PROTECTIVE ORDER**<br><br>Date:  October 2, 2025<br>Time:  10:00 a.m.<br>Ctrm:  8<br>Judge: Hon. P. Casey Pitts<br><br>Date Filed:  March 7, 2025 |

DECLARATION OF RYAN WONG IN SUPPORT OF REPLY IN SUPPORT OF
COUNTERCLAIM-DEFENDANTS' MOTION TO STAY DISCOVERY AND AMEND CASE SCHEDULE,
AND MOTION FOR PROTECTIVE ORDER
Case No. 5:25-CV-02389-PCP

3106038

I, Ryan Wong, declare:

1. I am an attorney licensed to practice law in the State of California, a partner at the law firm of Keker, Van Nest & Peters LLP, and counsel of record for Plaintiff and Counterclaim-Defendant SANDISK CORPORATION ("Sandisk") and Counterclaim-Defendant WESTERN DIGITAL CORPORATION ("Western Digital") in the above-captioned action. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge, and I could and would testify competently to them under oath if called as a witness.

2. On May 29, 2025, Plaintiff Sandisk Corporation and Defendants IPValue Management, Inc. and Longitude Flash Memory Solutions, Ltd. served their initial disclosures under Rule 26(a). Defendants then served amended disclosures on June 5, 2025. Dr. Yan Li is not listed in any of the parties' initial disclosures served to date.

3. On September 10, 2025, counsel for Defendants and Counterclaim-Plaintiffs IPValue Management, Inc. and Longitude Flash Memory Solutions, Ltd. served objections and responses to Sandisk's First Set of Requests for Production on behalf of each Defendant and Counterclaim-Plaintiff. Those objections and responses were due on July 30, 2025, which is a deadline that included a 30-day extension that Sandisk granted to Defendants and Counterclaim-Plaintiffs upon their request. Therefore, the objections and responses were served 42 days late. In response to many of the document requests, Defendants and Counterclaim-Plaintiffs stated that they were "willing to meet and confer regarding the scope of this Request after infringement contentions are exchanged." Defendants and Counterclaim-Plaintiffs also objected to Sandisk's document requests "as premature, in that it seeks the production of documents related to the patents-in-suit, before infringement contentions have been served." In view of the pending motions, Sandisk has not pushed back on those objections with either of the Defendants and Counterclaim-Plaintiffs.

//

//

//

1

DECLARATION OF RYAN WONG IN SUPPORT OF REPLY IN SUPPORT OF
COUNTERCLAIM-DEFENDANTS' MOTION TO STAY DISCOVERY AND AMEND CASE SCHEDULE,
AND MOTION FOR PROTECTIVE ORDER
Case No. 5:25-CV-02389-PCP

3106038

Executed this 18th day of September, 2025 at San Francisco, California. I declare under penalty of perjury that the foregoing is true and correct.

                                                  */s/ Ryan Wong*
                                                  RYAN WONG

2
DECLARATION OF RYAN WONG IN SUPPORT OF REPLY IN SUPPORT OF
COUNTERCLAIM-DEFENDANTS' MOTION TO STAY DISCOVERY AND AMEND CASE SCHEDULE,
AND MOTION FOR PROTECTIVE ORDER
Case No. 5:25-CV-02389-PCP

3106038