KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff and Counterclaim-Defendant SANDISK CORPORATION and Counterclaim-Defendant WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>              Plaintiff,<br><br>       v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:25-CV-02389-PCP<br><br>**JOINT UPDATE RE RESOLUTION OF DISCOVERY DISPUTE AND REQUEST TO TAKE DISCOVERY CONFERENCE OFF CALENDAR**<br><br>Date:        October 15, 2025<br>Time:       11:00 a.m.<br>Ctrm:       5<br>Magistrate Judge Nathanael M. Cousins<br><br>Date Filed: March 7, 2025 |

JOINT UPDATE RE RESOLUTION OF DISCOVERY DISPUTE AND
REQUEST TO TAKE DISCOVERY CONFERENCE OFF CALENDAR
Case No. 5:25-CV-02389-PCP

3113405

Plaintiff and Counterclaim-Defendant Sandisk Corporation ("Sandisk"), Counterclaim-Defendant Western Digital Corporation ("Western Digital"), and Defendants and Counterclaim-Plaintiffs IPValue Management, Inc. ("IPValue") and Longitude Flash Memory Solutions, Ltd. ("LFMS") submit this joint update regarding the Parties' discovery dispute. *See* ECF Nos. 49, 60.

The Parties agree that no hearing is needed for the discovery dispute set for argument at the October 15, 2025 discovery conference. *See* ECF Nos. 46 (Sandisk's and Western Digital's motion, which was filed on August 28, 2025); 47 (referral of certain issues in the motion to the Magistrate Judge); 49 (setting the October 1, 2025 discovery conference for the discovery motion); 60 (continuing the discovery conference to October 15).

The Parties update the Court as follows:

1. The Parties have agreed to a stay of technical discovery as to U.S. Patent No. 6,963,505 ("the '505 patent") until after the pending motion to dismiss concerning the '505 patent (ECF No. 40) is resolved by the Court. If the Court allows the infringement counterclaim for the '505 patent to remain in the case, this stay will expire.

2. For the patents-in-suit other than the '505 patent, infringement contentions under the Patent Local Rules will be served on September 30, 2025, which is the two weeks before the October 1, 2025 discovery conference. *See* ECF No. 48. Given the timing of these events, Sandisk and Western Digital withdraw their pending request for a stay of discovery as to those patents and therefore no further ruling from the Court is necessary on this issue.

3. IPValue and LFMS have agreed to defer the pending Rule 30(b)(1) deposition of Dr. Li and the parties will work to schedule her deposition at a mutually agreeable time after the pending motion to dismiss is resolved and infringement contentions have been served. That removes any need for further ruling from the Court on this issue.

Based on the foregoing agreements, the Parties believe that the discovery disputes raised in the August 28, 2025 motion (ECF No. 46) and referred to this Court are moot, and therefore respectfully request that the October 15, 2025 discovery conference be taken off calendar. The Parties' have concurrently submitted a Proposed Order memorializing the foregoing agreements,

denying the issues referred to this Court as moot, and vacating the October 15, 2025 discovery hearing.

Dated:  September 29, 2025                           KEKER, VAN NEST & PETERS LLP

                                              By:   *s/Ryan K. Wong*
                                                    AJAY S. KRISHNAN
                                                    RYAN K. WONG
                                                    ERIN E. MEYER
                                                    ERIC HANSON
                                                    STEPHANIE J. GOLDBERG

                                                    Attorneys for Plaintiff and Counterclaim-Defendant SANDISK CORPORATION and Counterclaim-Defendant WESTERN DIGITAL CORPORATION

Dated:  September 29, 2025                           RUSS AUGUST & KABAT

                                              By:   *s/Neil A. Rubin*
                                                    BRIAN LEDAHL
                                                    NEIL A. RUBIN
                                                    MACKENZIE PALADINO

                                                    Attorneys for Defendants and Counterclaim-Plaintiffs IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                                                    *s/Ryan K. Wong*
                                                    RYAN K. WONG

2
JOINT UPDATE RE RESOLUTION OF DISCOVERY DISPUTE AND
REQUEST TO TAKE DISCOVERY CONFERENCE OFF CALENDAR
Case No. 5:25-CV-02389-PCP

3113405