KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff and Counterclaim-Defendant
SANDISK CORPORATION and Counterclaim-Defendant WESTERN DIGITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:25-CV-02389-PCP<br><br>**ORDER ON DISCOVERY DISPUTE AND VACATING OCTOBER 15, 2025 DISCOVERY HEARING**<br><br>Date:             October 15, 2025<br>Time:            11:00 a.m.<br>Ctrm:            5<br>Magistrate Judge Nathanael M. Cousins<br><br>Date Filed:  March 7, 2025 |

# ORDER

The Court has reviewed the joint submission submitted on September 29, 2025 by the Parties, which addresses the discovery issues referred to this Court for resolution (ECF Nos. 46 and 47), and the discovery conference set for October 15, 2025 (ECF Nos. 49 and 60). As set forth in the Parties' joint submission:

1. The Parties have agreed to a stay of technical discovery as to U.S. Patent No. 6,963,505 ("the '505 patent") until after the pending motion to dismiss concerning the '505 patent (ECF No. 40) is resolved by the Court. If the Court allows the infringement counterclaim for the '505 patent to remain in the case, this stay will expire.

2. For the patents-in-suit other than the '505 patent, infringement contentions under the Patent Local Rules will be served on September 30, 2025, which is two weeks before the October 15, 2025 discovery conference. *See* ECF No. 48. Given the timing of these events, Sandisk and Western Digital withdraw their pending request for a stay of discovery as to those patents and therefore no further ruling from the Court is necessary on this issue.

3. IPValue and LFMS have agreed to defer the pending Rule 30(b)(1) deposition of Dr. Li and the parties will work to schedule her deposition at a mutually agreeable time after the pending motion to dismiss is resolved and infringement contentions have been served. That removes any need for further ruling from the Court on this issue.

Based on the foregoing agreements, the discovery disputes raised in the August 28, 2025 motion (ECF No. 46) and referred to this Court (ECF No. 47) are moot, and the motion as to those issues is therefore **DENIED** as moot. The October 15, 2025 conference is **VACATED**.

**IT IS SO ORDERED.**

Dated: September 29, 2025



HON. N                                            S
Judge Nathanael M. Cousins

GRANTED

ORDER ON DISCOVERY DISPUTE AND
VACATING OCTOBER 1, 2025 DISCOVERY HEARING
Case No. 5:25-CV-02389-PCP

3113410