KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC B. HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION and
Counterclaim-Defendant WESTERN DIGITAL CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>                    Plaintiff,<br><br>          v.<br><br>IPVALUE MANAGEMENT, INC. and<br>LONGITUDE FLASH MEMORY<br>SOLUTIONS, LTD.,<br><br>                    Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**PLAINTIFF'S STIPULATION<br>REGARDING INVALIDITY<br>CONTENTIONS**<br><br>Date Filed:  March 7, 2025<br><br>Trial Date: |
| AND RELATED COUNTERCLAIM. | |

**<u>Plaintiff's Stipulation Regarding Invalidity Contentions</u>**

SanDisk Corporation ("Plaintiff") submits this stipulation regarding invalidity contentions.

On September 3, 2025, Plaintiff filed petition number IPR2025-01281 with the Patent Trial and Appeal Board ("Board") requesting *inter partes* review ("IPR") of U.S. Patent No. 11,456,365 (the "'365 patent"); on October 14, 2025, Defendants filed petition number IPR2025-01283 with the Board requesting IPR of U.S. Patent No. 9,929,240 (the "'240 patent").

The petition asserts the following grounds of invalidity:

| IPR Petition No. | Patent No. | IPR Ground | Claims | Grounds of Unpatentability |
|---|---|---|---|---|
| IPR2025-01281 | 11,456,365 | 1 | 1-3, 5, 9-12, 14-23, 28-33, 35-37, and 42-45 | Obvious under 35 U.S.C. § 103 over U.S. Patent App. Pub. No. 2012/0068255 ("Lee '255") and Korean Patent Publication No. 2011-0118961 and Certified English Translation of Korean Patent Publication No. 2011-011896. ("Lee '961") |
| | | 2 | 6-8, 25-27, 34, 38-41 | Obvious under 35 U.S.C. § 103 over Lee '255, Lee '961 and U.S. Patent App. Pub. No. 2006/0065919 ("Fujiwara") |
| IPR2025-01283 | 9,929,240 | 1 | 1, 3-7, 9, 11 | Obvious under 35 U.S.C. § 103 over Lee '255, Lee '961 and Fujiwara |
| | | 2 | 12-18 | Obvious under 35 U.S.C. § 103 over Lee '255, Lee '961, Fujiwara, and U.S. Patent App. Pub. No. 2012/0061744 ("Hwang") |

Defendants hereby provide the following *Sotera*[1] stipulations:

- For the '365 patent, if the Board institutes IPR2025-01281, Plaintiff will not pursue in this case the specific grounds identified above in connection with the '365 patent and the challenged claims for that patent as originally issued, or on any

---

[1] *See Sotera Wireless, Inc. v. Masimo Corp.*, IPR2020-01019, Paper 12 at 18–19 (PTAB Dec. 1, 2020) (precedential).

other ground for which the Board institutes, that was raised or could have been reasonably raised in an IPR (i.e., any ground that could be raised under §§ 102 or 103 on the basis of prior art patents or printed publications).

- For the '240 patent, if the Board institutes IPR2025-01283, Plaintiff will not pursue in this case the specific grounds identified above in connection with the '240 patent and the challenged claims for that patent as originally issued, or on any other ground for which the Board institutes, that was raised or could have been reasonably raised in an IPR (i.e., any ground that could be raised under §§ 102 or 103 on the basis of prior art patents or printed publications).

Dated:  October 29, 2025                    KEKER, VAN NEST & PETERS LLP


                                    By:   /s/ Ryan K. Wong
                                          AJAY S. KRISHNAN
                                          RYAN K. WONG
                                          ERIN E. MEYER
                                          ERIC B. HANSON
                                          STEPHANIE J. GOLDBERG

                                          Attorneys for Plaintiff SANDISK
                                          CORPORATION and Counterclaim-
                                          Defendant WESTERN DIGITAL
                                          CORPORATION

3250941