KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION and Counterclaim-Defendants WESTERN DIGITAL CORPORATION and SANDISK TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>      Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:25-CV-02389-PCP<br><br>**JOINT STIPULATION AND PROPOSED ORDER TO MODIFY CASE MANAGEMENT ORDER, AS MODIFIED**<br><br>Date Filed:  March 7, 2025<br><br>Trial Date: |

Pursuant to Civil Local Rule 6-1(b), Plaintiff and Counter Defendant Sandisk Corporation and Counter Defendant Sandisk Technologies ("Sandisk"), and Defendants IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. ("Defendants") (collectively, the "Parties"), submit this Stipulated Request and Proposed Order to Modify Case Management Order, which seeks to extend and consolidate deadlines so that all Asserted Patents proceed on the same schedule. The Parties hereby agree and jointly stipulate as follows:

1.  Sandisk filed this action against IPValue on March 7, 2025, seeking a declaration that it does not infringe five patents: U.S. Patent No. 8,633,537 ("the '537 patent); U.S. Patent No. 9,929,240 ("the '240 patent"); U.S. Patent No. 11,456,365 ("the '365 patent); U.S. Patent No. 6,963,505 ("the '505 patent"); and U.S. Patent No. 7,671,664 ("the '664 patent") (collectively the "Asserted Patents"). ECF No. 1.

2.  On June 5, 2025, the Court held the initial Case Management Conference. Pursuant to the Court's June 5, 2025 Order, the Parties filed a Joint Notice regarding a proposed case schedule, which included deadlines through the trial-setting conference. ECF No. 34. On September 2, 2025, the Court entered the currently operative Case Management Order, which modified and adopted the dates proposed in the Joint Notice. ECF No. 48.

3.  On July 16, 2025, IPValue filed a Counterclaim Complaint against Sandisk Corporation and Western Digital Corporation alleging infringement of the same five Asserted Patents in Sandisk's declaratory judgment Complaint. ECF. No. 39.

4.  On August 6, 2025, Sandisk and Western Digital moved to dismiss the Counterclaim regarding the '505 patent. ECF No. 40. While the Motion to Dismiss remained pending, Sandisk filed a Motion to Stay Discovery and to Amend Case Schedule; and for Protective Order. ECF. No. 46. In response, the Court indicated that it would resolve the requests to stay discovery and amend the schedule pending resolution of the Motion to Dismiss, and referred to the Magistrate Judge the request to stay technical discovery and for a Protective Order.

5.  On September 29, 2025, the Magistrate Judge entered a joint stipulation staying technical discovery as to the '505 patent pending resolution of the Motion to Dismiss, while maintaining the infringement and invalidity contention deadlines for the remaining four Asserted

1  Patents. ECF No. 62

2      6.    On October 7, 2025, the Court denied Sandisk's Motion to Dismiss. ECF. No. 65. On October 17, 2025, the Parties filed a joint stipulation and proposed order, which the Court entered on October 20, 2025, staying the case as to Western Digital and setting deadlines for IPValue to file an amended complaint adding Sandisk Technologies as a Party and for Sandisk to respond to the amended complaint.

    7.    On October 31, 2025, IPValue amended the complaint adding Sandisk Technologies as a Counterclaim Defendant. ECF No. 70. On November 14, 2025, Sandisk Corporation and Sandisk Technologies answered the Amended Complaint. ECF No. 74.

    8.    The operative Case Management Order (entered by the Court on September 2, 2025) does not set any case deadlines for the '505 patent but instead states: "Disclosure of Asserted Claims and Infringement Contentions as to the U.S. Patent. No. 6,963,505, and Document Production Accompanying Disclosure" is "[t]o be ordered by the Court." ECF No. 48. The Court's order denying Sandisk's Motion to Dismiss also did not set any case deadlines for the '505 patent. ECF. No. 65.

    9.    IPValue served Infringement Contentions for the '505 patent on November 17, 2025. The Parties then met and conferred regarding subsequent deadlines for the '505 patent, as well as the other upcoming case deadlines regarding damages contentions and claim construction that will involve the '505 patent. The Parties agreed, subject to the Court's approval, to a short extension to the current case deadlines so that all Asserted Patents can proceed on the same case schedule, and to accommodate Sandisk counsels' prearranged travel plans in December 2025. These requested continuances will promote judicial economy and conserve party resources by consolidating disclosures under the Patent Local Rules and the number of motions and hearings that will be required.

    10.    The Parties have filed five stipulations to set and/or extend deadlines but have not previously sought to amend any of the case deadlines set by the Case Management Order (ECF. No. 48). *See* ECF. No. 14 (Joint Stipulation to Extend Time to Respond to Complaint); ECF. No. 30 (Stipulation to Modify Motion to Dismiss Opposition and Reply Deadlines); ECF. No. 33

1  Stipulation to Modify Motion to Dismiss Opposition and Reply Deadlines); ECF. No. 37

2  (Stipulation to Set Answer Deadline); ECF. No. 67 (Stipulation to add Sandisk Technologies as

3  Party & Stay as to Western Digital Corporation and Setting Related Deadlines).

4      11.    The Parties attest that these proposed deadlines will not affect any other deadlines

5  set by the Court.

6      12.    IT IS THEREFORE STIPULATED, by and between the Parties through their

7  respective counsel, and subject to the approval of the Court, that the case schedule be modified as

8  shown below:

|  | **Original Date** | **New Date** |
|---|---|---|
| Sandisk to serve invalidity contentions for the '505 patent | N/A | **1/14/26** |
| Claim construction – parties to identify claim construction terms | 12/5/25 | **1/28/26** |
| Claim construction – parties to exchange preliminary constructions | 12/19/25 | **2/11/26** |
| PLR 3-8. Damages Contentions | 1/5/26 | **3/4/26** |
| Joint Chart and Pre-hearing statement | 1/15/26 | **3/11/26** |
| PLR 3-9. Responsive Damages Contentions | 2/4/26 | **4/3/26** |
| Opening Brief | 2/19/26 | **4/15/26** |
| Responsive Brief | 3/5/26 | **4/29/26** |
| Reply Brief | 3/12/26 | **5/7/26** |
| Markman tutorial | 3/31/26 | ~~5/21/26~~ **5/19/26** |
| Markman hearing | 4/7/26 | ~~5/28/26~~ **6/2/26** |
| Deadline for the Parties to Participate in Private Mediation | 5/7/26 | No change |
| Substantial Completion of Document Production | 5/7/26 | No change |
| PLR 3-7 - Advice of Counsel | 30 days after claim construction ruling | No change |

| Close of Fact Discovery | 6/4/26 | No change |
| --- | --- | --- |
| Expert Opening Reports | 7/15/26 | No change |
| Expert Rebuttal Reports | 8/26/26 | No change |
| Close of Expert Discovery | 9/18/26 | No change |
| Filing of Dispositive/Daubert Motion(s) | 10/13/26 | No change |
| Trial Setting Conference | 2/16/27 | No change |

Dated: December 3, 2025                                          KEKER, VAN NEST & PETERS LLP

                                                         By:   /s/ Ryan K. Wong
                                                               AJAY S. KRISHNAN
                                                               RYAN K. WONG
                                                               ERIN E. MEYER
                                                               ERIC HANSON
                                                               STEPHANIE J. GOLDBERG
                                                               NATALIE R. HEIM

                                                               Attorneys for Plaintiff SANDISK
                                                               CORPORATION and Counterclaim-
                                                               Defendants WESTERN DIGITAL
                                                               CORPORATION and SANDISK
                                                               TECHNOLOGIES, INC.

Dated: December 3, 2025                                          RUSS, AUGUST & KABAT

                                                         By:   /s/ Paul Kroeger
                                                               BRIAN D. LEDAHL
                                                               NEIL A. RUBIN
                                                               MACKENZIE PALADINO

                                                               Attorneys for Defendants
                                                               IPVALUE MANAGEMENT, INC. and
                                                               LONGITUDE FLASH MEMORY
                                                               SOLUTIONS LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December 5, 2025                        _____
                                                HONORABLE P. CASEY PITTS
                                                United States District Judge

4
JOINT STIPULATION AND PROPOSED ORDER TO MODIFY CASE MANAGEMENT ORDER
Case No. 5:25-CV-02389-PCP
3523321