KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Plaintiff
SANDISK CORPORATION and Counterclaim-Defendants
WESTERN DIGITAL CORPORATION and SANDISK
TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 5:25-CV-02389-PCP<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE FOR FORTY-FIVE DAYS**<br><br>Date Filed: March 7, 2025<br><br>Trial Date: |

Plaintiffs and Counter Defendants Sandisk Corporation and Sandisk Technologies ("Sandisk"), and Defendants and Counter Plaintiffs IPValue Management, Inc. and Longitude Flash Memory Solutions Ltd. ("Defendants") (collectively, the "Parties"), **HEREBY PROVIDE NOTICE** that they have reached an agreement that will resolve all matters in controversy and anticipate submitting an appropriate stipulation to dismiss this action within 45 days.

**NOW THEREFORE, THE PARTIES STIPULATE AND JOINTLY REQUEST** that the Court stay all deadlines in this case for a period of forty-five days to allow for the parties to finalize resolution and prepare appropriate dismissal papers for the Court.

Dated: December 30, 2025

KEKER, VAN NEST & PETERS LLP

By: */s/ Erin E. Meyer*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
STEPHANIE J. GOLDBERG
NATALIE R. HEIM

Attorneys for Plaintiff
SANDISK CORPORATION and
Counterclaim-Defendants WESTERN
DIGITAL CORPORATION and
SANDISK TECHNOLOGIES, INC.

Dated: December 30, 2025

RUSS, AUGUST & KABAT

By: */s/ Brian D. Ledahl*
BRIAN D. LEDAHL
NEIL A. RUBIN
MACKENZIE PALADINO

Attorneys for Defendants
IPVALUE MANAGEMENT, INC. and
LONGITUDE FLASH MEMORY
SOLUTIONS LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____
                                                                    HONORABLE P. CASEY PITTS
                                                                    United States District Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated:  December 30, 2025

                                                                */s/ Erin E Meyer*
                                                                ERIN E. MEYER

3
NOTICE OF SETTLEMENT AND JOINT STIPULATION AND [PROPOSED] ORDER TO STAY CASE FOR FORTY-FIVE DAYS
Case No. 5:25-CV-02389-PCP

3946681