KEKER, VAN NEST & PETERS LLP
AJAY S. KRISHNAN - # 222476
akrishnan@keker.com
RYAN K. WONG - # 267189
rwong@keker.com
ERIN E. MEYER - # 274244
emeyer@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
STEPHANIE J. GOLDBERG - # 328710
sgoldberg@keker.com
NATALIE R. HEIM - # 340549
nheim@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION and Counterclaim-Defendants WESTERN DIGITAL CORPORATION and SANDISK TECHNOLOGIES, INC.

Additional Counsel listed on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS, LTD.,<br><br>Defendants. | Case No. 5:25-CV-02389-PCP<br><br>**STIPULATION OF DISMISSAL**<br><br>Date Filed: March 7, 2025<br><br>Trial Date: |
| AND RELATED COUNTERCLAIM. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby stipulate that all parties hereto hereby dismiss their respective claims, affirmative defenses, and counterclaims in this action with prejudice, each party to bear its own attorneys' fees and costs.

Dated: January 16, 2026                                   KEKER, VAN NEST & PETERS LLP

By: */s/ Erin E. Meyer*
AJAY S. KRISHNAN
RYAN K. WONG
ERIN E. MEYER
ERIC HANSON
STEPHANIE J. GOLDBERG
NATALIE R. HEIM

Attorneys for Plaintiff SANDISK CORPORATION and Counterclaim-Defendants WESTERN DIGITAL CORPORATION and SANDISK TECHNOLOGIES, INC.

Dated: January 15, 2026                                   RUSS, AUGUST & KABAT

By: */s/ Brian D. Ledahl*
BRIAN D. LEDAHL
NEIL A. RUBIN
MACKENZIE PALADINO

Attorneys for Defendants IPVALUE MANAGEMENT, INC. and LONGITUDE FLASH MEMORY SOLUTIONS LTD.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of the document has been obtained from each of the other signatories to this document.

Dated: January 16, 2026

*/s/ Erin E. Meyer*
ERIN E. MEYER